```
 1  McDONOUGH HOLLAND & ALLEN PC
    Attorneys at Law
 2  RICHARD E. BRANDT (44893)
    MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
 3  ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
    JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
 4  555 Capitol Mall, 9th Floor
    Sacramento, CA  95814
 5  Phone: 916.444.3900
    Fax:    916.444.8989
 6
 7  Attorneys for Defendant Memorial Hospitals Association

 8                       UNITED STATES DISTRICT COURT

 9                      NORTHERN DISTRICT OF CALIFORNIA

10  MELINDA CAMPBELL, on her own behalf,  )  CASE NO.
    and on behalf of all others similarly situated, )
11                                         )
                   Plaintiff(s),           )  CERTIFICATION AS TO
12                                         )  INTERESTED PARTIES
          v.                               )
13                                         )  [LR 3-16]
    SUTTER HEALTH, ALTA BATES MEDICAL )
14  CENTER, CALIFORNIA PACIFIC MEDICAL )
    CENTER, EDEN MEDICAL CENTER,           )
15  MARIN GENERAL HOSPITAL, MEMORIAL )
    HOSPITAL LOS BANOS, MEMORIAL           )
16  HOSPITALS ASSN., MILLS-PENINSULA       )
    MEDICAL CENTER, NOVATO                 )
17  COMMUNITY HOSPITAL, ST. LUKE'S         )
    HOSPITAL, SUTTER AMADOR HOSPITAL, )
18  SUTTER AUBURN FAITH HOSPITAL,          )
    SUTTER CENTER FOR PSYCHIATRY,          )
19  SUTTER COAST HOSPITAL, SUTTER          )
    DAVIS HOSPITAL, SUTTER DELTA           )
20  MEDICAL CENTER, SUTTER GENERAL         )
    HOSPITAL, SUTTER LAKESIDE HOSPITAL,)
21  SUTTER MATERNITY AND SURGERY           )
    CENTER OF SANTA CRUZ, SUTTER           )
22  MEMORIAL HOSPITAL, SUTTER MEDICAL)
    CENTER OF SANTA ROSA, SUTTER           )
23  ROSEVILLE MEDICAL CENTER, SUTTER )
    SOLANO MEDICAL CENTER, SUTTER          )
24  TRACY COMMUNITY HOSPITAL, and          )
    DOES 24 and 25, inclusive,             )
25                                         )
                   Defendants.             )
26  _____

27        The undersigned, counsel of record for Removing Defendant Memorial Hospitals

28  Association, certifies that there are no known additional parties that have an interest in the outcome
```

1  of this case.

2  These representations are made to enable judges of the court to evaluate possible recusal.

3  DATED: June 28, 2007

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____
    Marcia L. Augsburger

Attorneys for Removing Defendant Memorial Hospitals Association.