1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
3  ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
   JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
4  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
5  Phone: 916.444.3900
   Fax:    916.444.8989
6
   Attorneys for Defendant Memorial Hospitals Association
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 MELINDA CAMPBELL, on her own behalf,        )   CASE NO. C073406-HRL
   and on behalf of all others similarly situated, )
11                                              )
                  Plaintiff(s),                 )   **PROOF OF SERVICE OF NOTICE OF**
12                                              )   **REMOVAL**
        v.                                      )
13                                              )
   SUTTER HEALTH, ALTA BATES MEDICAL )
14 CENTER, CALIFORNIA PACIFIC MEDICAL )
   CENTER, EDEN MEDICAL CENTER,                 )
15 MARIN GENERAL HOSPITAL, MEMORIAL )
   HOSPITAL LOS BANOS, MEMORIAL                 )
16 HOSPITALS ASSN., MILLS-PENINSULA             )
   MEDICAL CENTER, NOVATO                       )
17 COMMUNITY HOSPITAL, ST. LUKE'S               )
   HOSPITAL, SUTTER AMADOR HOSPITAL, )
18 SUTTER AUBURN FAITH HOSPITAL,                )
   SUTTER CENTER FOR PSYCHIATRY,                )
19 SUTTER COAST HOSPITAL, SUTTER                )
   DAVIS HOSPITAL, SUTTER DELTA                 )
20 MEDICAL CENTER, SUTTER GENERAL               )
   HOSPITAL, SUTTER LAKESIDE HOSPITAL,)
21 SUTTER MATERNITY AND SURGERY                 )
   CENTER OF SANTA CRUZ, SUTTER                 )
22 MEMORIAL HOSPITAL, SUTTER MEDICAL)
   CENTER OF SANTA ROSA, SUTTER                 )
23 ROSEVILLE MEDICAL CENTER, SUTTER )
   SOLANO MEDICAL CENTER, SUTTER                )
24 TRACY COMMUNITY HOSPITAL, and                )
   DOES 24 and 25, inclusive,                   )
25                                              )
                  Defendants.                   )
26
27
28

                                    1

| *Attorney or Party without Attorney:*<br>Marcia L. Augsburger, Esq., Bar #145686<br>McDonough Holland & Allen PC<br>555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814<br>*Telephone No:* 916-444-3900   *FAX No:* 916-444-3249 | *For Court Use Only* |
|---|---|
| *Attorney for:* Defendant | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Eastern District Of California

*Plaintiff:* Melinda Campbell, et al.
*Defendant:* Sutter Health, et al.

| **PROOF OF SERVICE**<br>**CCP 1011** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C073406HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Notice of Removal (28 U.S.C. §§ 1331, 1334, 1441 and 1446) [Federal Question] With Exhibits; Certification As To Interested Parties [LR 3-16]; Civil Case Cover Sheet

3. a. Party served:         Todd M. Schneider, Esq.

4. Address where the party was served:   Schneider & Wallace
   180 Montgomery Street, Suite 2000
   San Francisco, CA 94104

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Thu., Jun. 28, 2007 at: 4:29PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
                                B. Guillen, Receptionist
   (1) **(Business)** I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*
   a. Jason Marshall



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:*
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:*   98-61
   (iii) *County:*    Sacramento
   (iv) *Expiration Date:*   Fri, Jun. 27, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jun. 28, 2007

                                                                  _____
                                                                  (Jason Marshall)

**Judicial Council Form**                    **PROOF OF SERVICE**
**Rule 982.9.(a)&(b) Rev January 1, 2007**       **CCP 1011**                                    *maaug.63112*

| Attorney or Party without Attorney:<br>Marcia L. Augsburger, Esq., Bar #145686<br>McDonough Holland & Allen PC<br>555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814<br>Telephone No: 916-444-3900    FAX No: 916-444-3249 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Defendant | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Eastern District Of California | |
| Plaintiff: Melinda Campbell, et al. | |
| Defendant: Sutter Health, et al. | |

| **PROOF OF SERVICE**<br>**CCP 1011** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C073406HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Notice of Removal (28 U.S.C. §§ 1331, 1334, 1441 and 1446) [Federal Question]; Certification As To Interested Parties [LR 3-16]; Civil Case Cover Sheet

3. a. Party served:            Scott Kalkin, Esq.

4. Address where the party was served:    Roboostoff & Kalkin, PLC
                                           369 Pine Street, Suite 610
                                           San Francisco, CA  94104

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Thu., Jun. 28, 2007 at: 4:37PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
                    Carol Yang, Receptionist
   (1) **(Business)** I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Marshall                                        d. *The Fee for Service was:*



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:        98-61
      (iii) County:                   Sacramento
      (iv)  Expiration Date:          Fri, Jun. 27, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jun. 28, 2007

_____
(Jason Marshall)

Judicial Council Form                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007        CCP 1011                                maaug.63114

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Marcia L. Augsburger, Esq., Bar #145686<br>McDonough Holland & Allen PC<br>555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814<br>Telephone No: 916-444-3900    FAX No: 916-444-3249 | | |
| | Ref. No. or File No.: | |
| Attorney for: Defendant | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court - Eastern District Of California | | |
| Plaintiff: Melinda Campbell, et al. | | |
| Defendant: Sutter Health, et al. | | |

| PROOF OF SERVICE<br>CCP 1011 | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C073406HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Notice of Removal (28 U.S.C. §§ 1331, 1334, 1441 and 1446) [Federal Question]; Certification As To Interested Parties [LR 3-16]; Civil Case Cover Sheet

3. a. *Party served:*          Linda Ross, Esq.

4. *Address where the party was served:*    Law Office Of Linda Ross
                                              2204 Union Street
                                              San Francisco, CA 94123

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Thu., Jun. 28, 2007 at: 4:59PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
   Slipped under the door
   (1) **(Business)** I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Marshall                                        d. *The Fee for Service was:*



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*    98-61
      (iii) *County:*              Sacramento
      (iv)  *Expiration Date:*     Fri, Jun. 27, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Jun. 28, 2007

                                                                         *(signature)*
                                                                         (Jason Marshall)

Judicial Council Form                 PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    CCP 1011                                    maaug.63113