| | |
|---|---|
| 1 | McDONOUGH HOLLAND & ALLEN PC |
|   | Attorneys at Law |
| 2 | RICHARD E. BRANDT (44893) |
|   | MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686) |
| 3 | ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882) |
|   | JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694) |
| 4 | 555 Capitol Mall, 9th Floor |
|   | Sacramento, CA 95814 |
| 5 | Phone: 916.444.3900 |
|   | Fax:   916.444.8989 |
| 6 | |
|   | Attorneys for Defendant Memorial Hospitals Association |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated, | ) ) ) | CASE NO. C073406-HRL |
| Plaintiff(s), | ) ) ) | **PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF NOTICE OF REMOVAL** |
| v. | ) ) | |
| SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MEMORIAL HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
RICHARD E. BRANDT (44893)
MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax: 916.444.8989

Attorneys for Defendants
Affiliate Hospitals and Sutter Health

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MEMORIAL HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive,, <br><br> Defendants. | Case No. RG05221764 <br><br> **NOTICE TO ADVERSE PARTY AND STATE COURT OF NOTICE OF REMOVAL** |

TO PLAINTIFF AND HER ATTORNEYS, AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

1    PLEASE TAKE NOTICE that a Notice of Removal of this action was filed by defendants in
2 the United States District Court, Northern District of California, San Francisco, California, on
3 May 10, 2007. The action has been docketed in that Court as No. C073406-HRL.
4    A true and correct copy of the Civil Cover Sheet and Notice of Removal (without exhibits)
5 are collectively attached hereto as Exhibit A, and are served and filed herewith.
6    By reason of the filing of the Notice of Removal, pursuant to 28 U.S.C. § 1446(d) the above-
7 entitled Court is without power, authority or jurisdiction to proceed further with this action.
8 DATED: June 29, 2007

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____
    Marcia L. Augsburger

Attorneys for Defendants
Affiliate Hospitals and Sutter Health

MHA
McDonough Holland & Allen PC
Attorneys at Law

2

NOTICE TO ADVERSE PARTY AND STATE CT
OF NOTICE OF REMOVAL

1023347v1 09504/0502

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CAMPBELL, MELINDA, on her own behalf, and on behalf of all others similarly situated,

## DEFENDANTS
SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, [See Attachment I(a)]

(b) County of Residence of First Listed Plaintiff **Santa Clara**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **Sacramento County**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
SCHNEIDER & WALLACE        415.421.7100 ph
Todd M. Schneider          415.421.7105 fax
W.H. "Hank" Willson
180 Montgomery Street, Suite 2000
San Francisco, CA 94104 [See Attachment I(c)]

Attorneys (If Known)
McDonough Holland & Allen PC     916.444.3900 ph
Marcia L. Augsburger             916.444.8989 fax
Elizabeth M. O'Neill, John C.J. Barnes
555 Capitol Mall, 9th Floor
Sacramento, CA 95814

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- 362 Personal Injury — Med. Malpractice
- 365 Personal Injury — Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
  Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC §§ 1441 and 1446; 11 USC §§ 101 et seq., and 28 USC § 157(b).

Brief description of cause: Class Action complaint alleging malicious prosecution and unfair competition predicated in part on court finding that lien was discharged in bankruptcy and declaratory relief request regarding same.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: June 28, 2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

American LegalNet, Inc. | www.USCourtForms.com

# ATTACHMENT

**I(a)**

MEMORIAL HOSPITAL LOS BANOS, MEMORIAL HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive,

**I(c)**

LAW OFFICE OF LINDA ROSS
Linda Ross
2204 Union Street
San Francisco, CA 94123
415.563.2400 ph.

ROBOOSTOFF & KALKIN, PLC
Scott Kalkin
369 Pine Street, Suite 610
San Francisco, CA 94104
415.732.0282 ph.
415.732.0287 fax

ATTACHMENT

1023481v1 09504/0502

```
 1  McDONOUGH HOLLAND & ALLEN PC
    Attorneys at Law
 2  RICHARD E. BRANDT (44893)
    MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
 3  ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
    JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
 4  555 Capitol Mall, 9th Floor
    Sacramento, CA 95814
 5  Phone: 916.444.3900
    Fax:   916.444.8989
 6
    Attorneys for Defendant
 7  Memorial Hospitals Association
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MEMORIAL HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL (28 U.S.C. § 1331, 1334, 1441 AND 1446)**<br><br>[FEDERAL QUESTION] |

///

Notice of Removal

1

1022935v3 09504/0502

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant Memorial Hospitals Association ("Memorial"), with the consent of the all Defendants, hereby removes to this Court the State Court action described below and in support thereof gives notice of the following facts:

1. On July 8, 2005, Plaintiff Melinda Campbell ("Campbell") filed her class action complaint in the Superior Court of the State of California in and for the County of Alameda as Case Number RG05221764, against defendant Sutter Health only, alleging multiple causes of action based upon Sutter Health's alleged lien practices. Sutter Health successfully demurred to Plaintiff's complaint.

2. On December 16, 2005, Plaintiff filed her first amended complaint, also against Sutter Health only, to which Sutter Health also demurred. Sutter Health's demurrer was granted in part, leaving a cause of action malicious prosecution, a claim unfair business practices that had to be tethered to her malicious prosecution cause of action, and a request for declaratory relief.

3. Each of Plaintiff's causes of action was based on her claim that Sutter Health asserted or pursued hospital liens for medical expenses against the potential tort recoveries of persons who did not owe a debt to Sutter Health. Specifically, Plaintiff alleged that her debt to Sutter Health was extinguished by bankruptcy, insurance payment, or some other means.

4. After Sutter Health established that it did not serve liens, Plaintiff sought to name the above-captioned hospitals as defendants. On June 22, 2007, with leave of court, Plaintiff filed her second amended complaint ("SAC"), naming the above-captioned 23 Sutter Health affiliated hospitals, including, for the first time, removing defendant Memorial. Accordingly, this notice of removal is timely under 28 U.S.C. section 1446(b). *See Bonner v. Fuji Photo Film*, 461 F. Supp. 2d 1112, 1117 (N.D. Cal. 2006) and *Ford v. United Motor Manufacturing, Inc.*, 857 F. Supp. 707, 710 (N.D. Cal. 1994).

5. Plaintiff's claims are based solely on her claim that a lien asserted by removing defendant Memorial against Plaintiff's expected tort recoveries was extinguished upon Plaintiff's discharge in bankruptcy. Attached as Exhibit A is a true and correct copy of Campbell's Responses

///

to Defendant Sutter Health's First Set of Interrogatories for Admissions (sic), Request and Response #3.

6. Removal is proper pursuant to 28 U.S.C. sections 1441(a)-(b) and 1446, because this action is a civil action of which this Court has and would have had original jurisdiction under 28 U.S.C. sections 1331 and 1334(b). All claims arise under or are related to, at least in part, federal bankruptcy laws. Plaintiff alleges that she is representing herself and those similarly situated in pursuing her claims that defendants, alone or together, pursued a lien against her potential tort recovery after the lien was "discharged" in bankruptcy. *See* SAC ¶ 4 and documents submitted herewith as Exhibits A-C. Because the her claims are civil proceedings involving the administration of a bankruptcy estate, allowance or disallowance of claims, and matters effecting adjustment of debtor-creditor relations, they are core proceedings pursuant to 28 U.S.C. section 157(b)(2) generally. Specifically, Plaintiff's claims involve the scope of discharge under to 28 U.S.C. sections 157(b)(2)(I) and 157(b)(2)(J) and the validity, extent, or priority of liens under 28 U.S.C. section 157(b)(2)(K). Pursuant to 28 U.S.C. section 157(b)(5), the District Court is the proper venue for Plaintiff's tort cause of action.

7. While the SAC purports to include claims by class members whose liens were allegedly extinguished by means other than bankruptcy, all class members' claims must arise under and from the same alleged operative facts -- defendants' lien practices. Accordingly, all claims form part of the same case or controversy, and this Court has supplemental jurisdiction to adjudicate any non-federal portion of the claims pursuant to 28 U.S.C. section 1367(a).

8. All Defendants agree to and join in removal.

9. Upon information and belief the SAC attached hereto as Exhibit B constitutes the sole pleading document served on Memorial and the other affiliated hospitals.

10. For the Court's convenience, attached as Exhibit C, tabs 1-77, are all pleadings filed and served in this action when Sutter Health was the sole defendant; which, along with those attached as Exhibit B, constitute the entire State Court file for all non-discovery matters.

11. Promptly after filing this Notice of Removal, removing defendant will file a copy of a

///

1  Notice of Removal with the Superior Court of the State of California in and for the County of
2  Alameda.
3  DATED: June 28, 2007

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____
   Marcia L. Augsburger

Attorneys for Removing Defendant Memorial
Hospitals Association.

The following Defendants, constituting all defendants in this action, join in this petition for removal.

By: _____
   Marcia L. Augsburger

Attorneys for Defendant Sutter Health

By: _____
   Marcia L. Augsburger

Attorneys for ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL

| | |
|---|---|
| CASE TITLE: | MELINDA CAMPBELL v. SUTTER HEALTH, et al. |
| COURT/CASE NO: | U.S. District Court, Northern District/C073406-HRL |

**PROOF OF SERVICE**

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On June 29, 2007 I served the within:

(1) **PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF NOTICE OF REMOVAL**

[X] **(by mail)** on all parties in said action by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **(by personal delivery)** by personally delivering a true copy thereof to the person(s) and at the address(es) set forth below:

[ ] **(by overnight delivery)** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at McDonough Holland & Allen PC, mail placed in that designated area is picked up that same day for delivery the following business day.

[X] **(by facsimile)** by transmitting a true copy thereof to the persons at the following telecopier numbers and obtaining electronic confirmation that the transmissions have been received:

Todd M. Schneider                                    Counsel for Plaintiffs
Joshua Konecky
W.H. "Hank" Willson
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: **(415) 421-7105**
                                                                  Co-counsel for Plaintiffs

*Courtesy Copies without Exhibits to:*

Linda Ross
LAW OFFICE OF LINDA ROSS
2204 Union Street
San Francisco, CA 94123
Telephone: (415) 563-2400
Facsimile: **(415) 931-9981**

---

MHA
McDonough Holland & Allen PC
Attorneys at Law

Proof of Service                                    1                                    C073406-HRL
1023509v2A 09504/0502

Scott Kalkin
ROBOOSTOFF & KALKIN, PLC
369 Pine Street, Suite 610
San Francisco, CA 94104
Telephone: (415) 732-0282
Facsimile: (415) 732-0287

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2007, at Sacramento, California.

*Renee Young*
RENEE YOUNG

MHA
McDonough Holland & Allen PC
Attorneys at Law
Proof of Service
1023509v2A 09504/0502
2
C073406-HRL

**MHA** McDonough Holland & Allen PC
Attorneys at Law

**Fax Cover Sheet**

**Marcia L. Augsburger**
Attorney at Law

Sacramento Office
916.444.3900 tel
916.444.8989 fax
Maugsburger@mhalaw.com

June 29, 2007

| TO | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| W.H. "Hank" Willson | Schneider & Wallace | 415.421.7105 | 415.421.7100 |
| Todd M. Schneider | Schneider & Wallace | 415.421.7105 | 415.421.7100 |
| Joshua Konecky | Schneider & Wallace | 415.421.7105 | 415.421.7100 |
| Linda Ross | Law Office of Linda Ross | 415.931.9981 | 415.563.2400 |
| Scott Kalkin | Roboostoff & Kalkin, PLC | 415.732.0287 | 415.732.0282 |

**RE**  *Melinda Campbell, et al., v. Sutter Health, et al*
U.S. District Court, Northern District
Case No. C073406-HRL

**NUMBER OF PAGES SENT**
Originals/Copies Will Be Mailed

If you did not receive all pages, please call as soon as possible.  Phone: 916.403.2538  Operator: Reneé Young

**Message:** Please see attached Proof of Service of Notice to Adverse Party and State Court of Notice of Removal filed with U.S. District Court, Northern District.

**IMPORTANT NOTICE**

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY/WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE, AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY FAX. IF THE PERSON ACTUALLY RECEIVING THIS FAX OR ANY OTHER READER OF THE FAX IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT 555 CAPITOL MALL, 9TH FLOOR, SACRAMENTO, CA 95814, VIA THE U.S. POSTAL SERVICE. THANK YOU.

1024244v1A 09504/0502

```
        ********************
        ***  TX REPORT   ***
        ********************

TRANSMISSION OK

TX/RX NO                0605
CONNECTION TEL                  14154217105
SUBADDRESS
CONNECTION ID
ST. TIME                06/29 11:25
USAGE T                 05'15
PGS. SENT               12
RESULT                  OK
```



**McDonough Holland & Allen PC**
Attorneys at Law

**Fax Cover Sheet**

Marcia L. Augsburger
Attorney at Law

Sacramento Office
916.444.3900 tel
916.444.8989 fax
Maugsburger@mhalaw.com

June 29, 2007

| TO | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| W.H. "Hank" Willson | Schneider & Wallace | 415.421.7105 | 415.421.7100 |
| Todd M. Schneider | Schneider & Wallace | 415.421.7105 | 415.421.7100 |
| Joshua Konecky | Schneider & Wallace | 415.421.7105 | 415.421.7100 |
| Linda Ross | Law Office of Linda Ross | 415.931.9981 | 415.563.2400 |
| Scott Kalkin | Roboostoff & Kalkin, PLC | 415.732.0287 | 415.732.0282 |

**RE**  *Melinda Campbell, et al., v. Sutter Health, et al*
U.S. District Court, Northern District
Case No. C073406-HRL

**NUMBER OF PAGES SENT**
Originals/Copies Will Be Mailed

**If you did not receive all pages, please call as soon as possible.**   Phone: 916.403.2538   Operator: Reneé Young

**Message:**   Please see attached Proof of Service of Notice to Adverse Party and State Court of Notice of Removal filed with U.S. District Court, Northern District.

```
*****************************
***    MULTI TX/RX REPORT    ***
*****************************

TX/RX NO              0606
PGS.                  12
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)   14159319981
                      (2)   14157320287
ERROR INFORMATION     -----
```

 **McDonough Holland & Allen PC**
Attorneys at Law

**Fax Cover Sheet**

Marcia L. Augsburger
Attorney at Law

Sacramento Office
916.444.3900 tel
916.444.8989 fax
Maugsburger@mhalaw.com

June 29, 2007

| TO | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| W.H. "Hank" Willson | Schneider & Wallace | 415.421.7105 | 415.421.7100 |
| Todd M. Schneider | Schneider & Wallace | 415.421.7105 | 415.421.7100 |
| Joshua Konecky | Schneider & Wallace | 415.421.7105 | 415.421.7100 |
| Linda Ross | Law Office of Linda Ross | 415.931.9981 | 415.563.2400 |
| Scott Kalkin | Roboostoff & Kalkin, PLC | 415.732.0287 | 415.732.0282 |

RE  *Melinda Campbell, et al., v. Sutter Health, et al*
U.S. District Court, Northern District
Case No. C073406-HRL

**NUMBER OF PAGES SENT**
Originals/Copies Will Be Mailed

If you did not receive all pages, please call as soon as possible.   Phone: 916.403.2538   Operator: Reneé Young

**Message:**   Please see attached Proof of Service of Notice to Adverse Party and State Court of Notice of Removal filed with U.S. District Court, Northern District.