McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
RICHARD E. BRANDT (dbrandt@mhalaw.com) (44893)
MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Defendants
Sutter Health and All Affiliated Hospitals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated, ) | CASE NO.  C073406-JCS |
| ) | |
| Plaintiff(s), ) | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. ) | |
| ) | |
| SUTTER HEALTH, ALTA BATES MEDICAL ) CENTER, CALIFORNIA PACIFIC MEDICAL ) CENTER, EDEN MEDICAL CENTER, ) MARIN GENERAL HOSPITAL, MEMORIAL ) HOSPITAL LOS BANOS, MEMORIAL ) HOSPITALS ASSN., MILLS-PENINSULA ) MEDICAL CENTER, NOVATO ) COMMUNITY HOSPITAL, ST. LUKE'S ) HOSPITAL, SUTTER AMADOR HOSPITAL, ) SUTTER AUBURN FAITH HOSPITAL, ) SUTTER CENTER FOR PSYCHIATRY, ) SUTTER COAST HOSPITAL, SUTTER ) DAVIS HOSPITAL, SUTTER DELTA ) MEDICAL CENTER, SUTTER GENERAL ) HOSPITAL, SUTTER LAKESIDE HOSPITAL,) SUTTER MATERNITY AND SURGERY ) CENTER OF SANTA CRUZ, SUTTER ) MEMORIAL HOSPITAL, SUTTER MEDICAL) CENTER OF SANTA ROSA, SUTTER ) ROSEVILLE MEDICAL CENTER, SUTTER ) SOLANO MEDICAL CENTER, SUTTER ) TRACY COMMUNITY HOSPITAL, and ) DOES 24 and 25, inclusive, ) | |
| ) | |
| Defendants. ) | |

///

///

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2        The undersigned parties hereby decline to consent to the assignment of this case to a United

3  States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a

4  United States District Judge.

5  DATED:  July 3, 2007

6                                          McDONOUGH HOLLAND & ALLEN PC
                                           Attorneys at Law
7

8
                                           By:_____/s/_____
9                                                     Marcia L. Augsburger
                                           Attorneys for Defendants Sutter Health, Alta Bates
10                                         Medical Center, California Pacific Medical Center,
                                           Eden Medical Center, Marin General Hospital,
11                                         Memorial Hospital Los Banos, Memorial Hospitals
                                           Assn., Mills-Peninsula Medical Center, Novato
12                                         Community Hospital, St. Luke's Hospital, Sutter
                                           Amador Hospital, Sutter Auburn Faith Hospital,
13                                         Sutter Center For Psychiatry, Sutter Coast Hospital,
                                           Sutter Davis Hospital, Sutter Delta Medical Center,
14                                         Sutter General Hospital, Sutter Lakeside Hospital,
                                           Sutter Maternity And Surgery Center Of Santa
15                                         Cruz, Sutter Memorial Hospital, Sutter Medical
                                           Center Of Santa Rosa, Sutter Roseville Medical
16                                         Center, Sutter Solano Medical Center, Sutter Tracy
                                           Community Hospital
17

18

19

20

21

22

23

24

25

26

27

28

Declaration to Proceed Before a Magistrate Judge and                                    1024912v1 09504/0502
Request for Reassignment to a United States District Judge                              C073406-JCS