McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
RICHARD E. BRANDT (dbrandt@mhalaw.com) (44893)
MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Sutter Health and All Affiliated Hospitals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MEMORIAL HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive,<br><br>                    Defendants. | CASE NO.  C 07-03406 MMC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE; OR IN ALTERNATIVE TO TRANSFER FOR IMPROPER VENUE (28 U.S.C. §1406(a)) OR IN ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 U.S.C. §1404(a))**<br><br>Date:  August 10, 2007<br>Time:  9:00 a.m.<br>Place: Courtroom 7, 19th Floor<br>Judge: Honorable Maxine M. Chesney |

///

1

**Notice of Motion and Motion to Dismiss or Transfer**                              1024638v1 09504/0502

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on August 10, 2007, at 9:00 a.m., or as soon thereafter as the matter my be heard in the Courtroom of the Honorable Maxine M. Chesney, Courtroom 7, located at 450 Golden Gate Avenue, 19th floor, San Francisco, California, defendants will and hereby do move pursuant to Federal Rule of Civil Procedure 12(b)(3) for an order dismissing this action on the ground that the venue in this action is improper; or in the alternative, to transfer this action to the United States District Court, Eastern District of California pursuant to 28 U.S.C. §1406(a); or, in the alternative, to transfer to the said district for convenience of parties and witnesses under 28 U.S.C. §1404(a).

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, and the Declarations of Marcia L. Augsburger, Gayl Lounsbury, and Brian Hunter and served herewith, and upon the papers, records, and pleadings on file herein.

DATED: July 5, 2007

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law


By:_____/s/_____
          Marcia L. Augsburger

Attorneys for Sutter Health and All Affiliated Hospitals