Exhibit A

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA 95814
   Phone: 916-444-3900
5  Fax: 916-444-8989

6  Attorneys for Memorial Hospitals Association

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF ALAMEDA

10

11  MELINDA CAMPBELL, on her own behalf,    )    Case No. RG05221764
    and on behalf of all others similarly situated,  )
12                                          )    AFFIDAVIT OF GAYL LOUNSBURY,
                                            )    MEMORIAL HOSPITALS
13            Plaintiffs,                    )    ASSOCIATION RE: RECORDS
    v.                                       )    PRODUCED BY SUBPOENA
14                                          )    (EVIDENCE CODE SECTION 1561)
    SUTTER HEALTH, et al.,                   )
15                                          )
              Defendants.                    )
16  _____ )

17        I, Gayl Lounsbury, the affiant herein, state:

18        1.    I am the Collections Coordinator of Memorial Hospitals Association ("HOSPITAL").

19  I am a duly authorized custodian of HOSPITAL's records relating to collections and liens asserted by

20  HOSPITAL against the tort claims of PERSONS who received services at HOSPITAL, and of the

21  records, if any, described in the subpoena issued to HOSPITAL in the above-captioned lawsuit. I

22  have the authority to certify the existence or non-existence of said records at HOSPITAL and to

23  locate and authenticate them.

24        2.    I performed a diligent search of HOSPITAL's business records and determined that

25  HOSPITAL is unable to produce liens asserted by HOSPITAL against the tort claims of PERSONS

26  who received services at HOSPITAL that were filed in a court action. This inability to produce such

27  documents is because HOSPITAL has no such documents in its possession, and is not aware of the

28  existence of any such documents. To HOSPITAL's knowledge, no such liens were filed in a court

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

-1-

1   action.  Additionally, to HOSPITAL's knowledge, no civil or administrative complaints or actions

2   have been filed against HOSPITAL for the alleged assertion of improper liens.

3       I declare under penalty of perjury, under the laws of the State of California, that the

4   foregoing is true and correct.  Executed on _____, 2007 at _____ California.

5

6   Gayl Lounsbury

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit of Memorial Hospitals Association Re: Documents Produced by Subpoena        100193 1v4 09504/0502

| | |
|---|---|
| CASE TITLE: | Melinda Campbell, *et al.* v. Sutter Health, *et al.* |
| COURT/CASE NO: | Alameda County Superior Court No. RG05221764 |

### PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 3, 2007, I served the within:

(1) **AFFIDAVIT OF GAYL LOUNSBURY, MEMORIAL HOSPITALS ASSOCIATION RE RECORDS PRODUCED BY SUBPOENA (EVIDENCE CODE SECTION 1561)**

[X] **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

[ ] **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c).

[ ] **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

| | |
|---|---|
| Todd M. Schneider | Counsel for Plaintiffs |
| Joshua Konecky | |
| W.H. "Hank" Willson | |
| SCHNEIDER & WALLACE | |
| 180 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94104 | |
| Telephone: (415) 421-7100 | |
| Facsimile: (415) 421-7105 | |

MHA
Donough Holland & Allen PC
Attorneys at Law

1

1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 3, 2007.

2

3

RENEE YOUNG

4

5

6

7

8

9

10

11

12

13

14

15

16

·17

18

19

20

21

22

23

24

25

26

·27

28



2

889827v3 09504/0502

Exhibit B

09504.0502
DISC

1    McDONOUGH HOLLAND & ALLEN PC
     Attorneys at Law
2    RICHARD E. BRANDT (44893)
     MARCIA L. AUGSBURGER (145686)
3    JOHN C.J. BARNES (216694)
     555 Capitol Mall, 9th Floor
4    Sacramento, CA 95814
     Phone: 916-444-3900
5    Fax:   916-444-8989

6    Attorneys for Memorial Hospital Los Banos

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF ALAMEDA

10

11    MELINDA CAMPBELL, on her own behalf,    )    Case No. RG05221764
     and on behalf of all others similarly situated,    )
12                                   )    **AFFIDAVIT OF GAYL LOUNSBURY,**
                                       )    **MEMORIAL HOSPITAL LOS BANOS**
13    v.                 Plaintiffs,    )    **RE: RECORDS PRODUCED BY**
                                       )    **SUBPOENA (EVIDENCE CODE**
14    SUTTER HEALTH, *et al.*,                )    **SECTION 1561)**
                                       )
15                           Defendants.    )
16

17        I, Gayl Lounsbury, the affiant herein, state:

18          1.      I am the Collections Coordinator of Memorial Hospital Los Banos ("HOSPITAL"). I

19    am a duly authorized custodian of HOSPITAL's records relating to collections and liens asserted by

20    HOSPITAL against the tort claims of PERSONS who received services at HOSPITAL, and of the

21    records, if any, described in the subpoena issued to HOSPITAL in the above-captioned lawsuit. I

22    have the authority to certify the existence or non-existence of said records at HOSPITAL and to

23    locate and authenticate them.

24          2.      I performed a diligent search of HOSPITAL's business records and determined that

25    HOSPITAL is unable to produce liens asserted by HOSPITAL against the tort claims of PERSONS

26    who received services at HOSPITAL that were filed in a court action. This inability to produce such

27    documents is because HOSPITAL has no such documents in its possession, and is not aware of the

28    existence of any such documents. To HOSPITAL's knowledge, no such liens were filed in a court

MHA
McDonough Holland & Allen PC
Attorneys at Law

1  action.  Additionally, to HOSPITAL's knowledge, no civil or administrative complaints or actions

2  have been filed against HOSPITAL for the alleged assertion of improper liens.

3      I declare under penalty of perjury, under the laws of the State of California, that the

4  foregoing is true and correct.  Executed on _____, 2007, at _____ California.

6  Gayl Lounsbury

CASE TITLE:          Melinda Campbell, *et al.* v. Sutter Health, *et al.*

COURT/CASE NO:       Alameda County Superior Court No. RG05221764

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 3, 2007, I served the within:

(1)   **AFFIDAVIT OF GAYL LOUNSBURY, MEMORIAL HOSPITAL LOS BANOS RE RECORDS PRODUCED BY SUBPOENA (EVIDENCE CODE SECTION 1561)**

[X]   **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[  ]   **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

[  ]   **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c).

[  ]   **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

Todd M. Schneider                          Counsel for Plaintiffs
Joshua Konecky
W.H. "Hank" Willson
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105

MHA

McDonough Holland & Allen PC
Attorneys at Law

Proof of Service

1

1
2    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 3, 2007.

3    _____
RENEE YOUNG

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Donough Holland & Allen PC
Attorneys at Law

2

Exhibit C

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA. 95814
   Phone: 916-444-3900
5  Fax:   916-444-8989

6  Attorneys for Sutter Tracy Community Hospital

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF ALAMEDA

10

11  MELINDA CAMPBELL, on her own behalf,      )   Case No. RG05221764
    and on behalf of all others similarly situated,  )
12                                            )   AFFIDAVIT OF GAYL LOUNSBURY,
                                              )   SUTTER TRACY COMMUNITY
13                          Plaintiffs,       )   HOSPITAL RE: RECORDS
    v.                                        )   PRODUCED BY SUBPOENA
14                                            )   (EVIDENCE CODE SECTION 1561)
    SUTTER HEALTH, et al.,                    )
15                                            )
                            Defendants.       )
16  _____ )

17      I, Gayl Lounsbury, the affiant herein, state:

18      1.    I am the Collections Coordinator of Sutter Tracy Community Hospital

19  ("HOSPITAL"). I am a duly authorized custodian of HOSPITAL's records relating to collections

20  and liens asserted by HOSPITAL against the tort claims of PERSONS who received services at

21  HOSPITAL, and of the records, if any, described in the subpoena issued to HOSPITAL in the

22  above-captioned lawsuit. I have the authority to certify the existence or non-existence of said

23  records at HOSPITAL and to locate and authenticate them.

24      2.    I performed a diligent search of HOSPITAL's business records and determined that

25  HOSPITAL is unable to produce liens asserted by HOSPITAL against the tort claims of PERSONS

26  who received services at HOSPITAL that were filed in a court action. This inability to produce such

27  documents is because HOSPITAL has no such documents in its possession, and is not aware of the

28  existence of any such documents. To HOSPITAL's knowledge, no such liens were filed in a court

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

-1-

1   action.   Additionally, to HOSPITAL's knowledge, no civil or administrative complaints or actions

2   have been filed against HOSPITAL for the alleged assertion of improper liens.

3        I declare under penalty of perjury, under the laws of the State of California, that the

4   foregoing is true and correct.  Executed on ~April 4~ , 2007, at ~Modesto~ , California.

5

6   Gayl Lounsbury

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  CASE TITLE:        *Melinda Campbell, et al. v. Sutter Health, et al.*

2  COURT/CASE NO:     Alameda County Superior Court No. RG05221764

3                    **PROOF OF SERVICE**

4      I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the
5  foregoing action.

6      I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so
7  collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

8

9      On April 11, 2007, I served the within:

    (1)  **AFFIDAVIT OF GAYL LOUNSBURY, SUTTER TRACY COMMUNITY**
10       **HOSPITAL RE: RECORDS PRODUCED BY SUBPOENA**

11  ┌───┐
    │ X │  by mail on the following party(ies) in said action, in accordance with Code of Civil
12  └───┘  Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a
           designated area for outgoing mail, addressed as set forth below. At McDonough
13         Holland & Allen PC, mail placed in that designated area is given the correct amount of
           postage and is deposited that same day, in the ordinary course of business, in a United
14         States mailbox in the City of Sacramento, California.

15  ┌───┐  by email to the parties indicated, at the e-mail addresses indicated on the attached
    │   │  Court Service List:
16  │   │
    │   │  by personally delivering a true copy thereof, in accordance with Code of Civil
17  └───┘  Procedure § 1011, to the person(s) and at the address(es) set forth below.

18  ┌───┐  by overnight delivery on the following party(ies) in said action, in accordance with
    │   │  Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed
19  │   │  envelope, with delivery fees paid or provided for, and delivering that envelope to an
    └───┘  overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..
20

21  ┌───┐  by facsimile transmission, in accordance with Code of Civil Procedure § 1013(e), to
    │   │  the following party(ies) at the facsimile number(s) indicated:
22  └───┘

23  Todd M. Schneider                          Counsel for Plaintiffs
    Joshua Konecky
24  W.H. "Hank" Willson
    SCHNEIDER & WALLACE
25  180 Montgomery Street, Suite 2000
    San Francisco, CA 94104
26  Telephone: (415) 421-7100
    Facsimile: (415) 421-7105
27

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_**Courtesy Copy to:**_                                    Co-counsel for Plaintiffs

Linda Ross
LAW OFFICE OF LINDA ROSS
2204 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-2400
Facsimile:  (415) 931-9981

Scott Kalkin
ROBOOSTOFF & KALKIN, PLC
369 Pine Street, Suite 610
San Francisco, CA  94104
Telephone:  (415) 732-0282
Facsimile:  (415) 732-0287

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 11, 2007.

CORENE E. RODDER

Exhibit D

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA 95814
   Phone: 916-444-3900
5  Fax:    916-444-8989

6  Attorneys for Sutter Amador Hospital

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         COUNTY OF ALAMEDA

10

11  MELINDA CAMPBELL, on her own behalf,   )   Case No. RG05221764
    and on behalf of all others similarly situated,  )
12                                          )   **AFFIDAVIT OF MICHAEL TAYLOR,**
                                            )   **SUTTER AMADOR HOSPITAL RE:**
                            Plaintiffs,     )   **RECORDS PRODUCED BY**
13  v.                                      )   **SUBPOENA (EVIDENCE CODE**
                                            )   **SECTION 1561)**
14  SUTTER HEALTH, et al.,                  )
                                            )
15                          Defendants.     )

16

17          I, Michael Taylor, the affiant herein, state:

18          1.      I am the Assistant Director, Central Billing Office, of Sutter Amador Hospital

19  ("HOSPITAL"). I am a duly authorized custodian of HOSPITAL's records relating to collections

20  and liens asserted by HOSPITAL against the tort claims of PERSONS who received services at

21  HOSPITAL, and of the records, if any, described in the subpoena issued to HOSPITAL in the

22  above-captioned lawsuit. I have the authority to certify the existence or non-existence of said

23  records at HOSPITAL and to locate and authenticate them.

24          2.      I am familiar with HOSPITAL's business records relating to third party liens. These

25  records are kept, in the ordinary course of business, in the form of electronic data. The data

26  summarizes information about liens and collection efforts, but does not include documents, such as

27  the liens themselves. HOSPITAL contracts with two collection agencies, NCO Financial, Inc. and

28  J & L Teamworks, to handle third party liens. These collection agencies do not provide copies of

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

Affidavit of Sutter General Hospital Re: Documents Produced by Subpoena                    1001919v4 09504/0502

1   lien documents to HOSPITAL.  Therefore, HOSPITAL does not have possession of any responsive

2   documents.  In response to the subpoena, I performed a diligent inquiry of NCO Financial, Inc. and J

3   & L Teamworks, the parties most likely to be in possession of lien records, and determined that

4   HOSPITAL is unable to produce liens asserted by HOSPITAL against the tort claims of PERSONS

5   who received services at HOSPITAL that were filed in a court action.  This inability to produce such

6   documents is because according to NCO Financial, Inc. and J & L Teamworks, and to HOSPITAL's

7   knowledge, no such liens were filed in a court action.

8          3.      Additionally, according to NCO Financial, Inc. and J & L Teamworks, and to

9   HOSPITAL's knowledge, no civil or administrative complaints or actions have been filed against

10  HOSPITAL for the alleged assertion of improper liens.

11         I declare under penalty of perjury, under the laws of the State of California, that the

12  foregoing is true and correct.  Executed on  May 2      , 2007, at  Sacramento, California.

13

14                                          Michael Taylor

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

Affidavit of Sutter General Hospital Re: Documents Produced by Subpoena                    1001919v4 09504/0502

CASE TITLE:    *Melinda Campbell, et al. v. Sutter Health, et al.*

COURT/CASE NO:    Alameda County Superior Court No. RG05221764

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 8, 2007, I served the within:

(1)    **AFFIDAVIT OF MICHAEL TAYLOR, SUTTER AMADOR HOSPITAL RE: RECORDS PRODUCED BY SUBPOENA (EVIDENCE CODE SECTION 1561)**

[X]    **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ]    **by email to the parties indicated**, at the e-mail addresses indicated on the attached Court Service List:

[ ]    **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

[ ]    **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

[ ]    **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

Todd M. Schneider                          Counsel for Plaintiffs
Joshua Konecky
W.H. "Hank" Willson
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105


MHA
McDonough Holland & Allen PC
Attorneys at Law

1

*Courtesy Copy to:*                                            Co-counsel for Plaintiffs

2

Linda Ross

3

LAW OFFICE OF LINDA ROSS
2204 Union Street

4

San Francisco, CA  94123
Telephone:  (415) 563-2400

5

Facsimile:  (415) 931-9981

6

Scott Kalkin

7

ROBOOSTOFF & KALKIN, PLC
369 Pine Street, Suite 610

8

San Francisco, CA  94104
Telephone:  (415) 732-0282

9

Facsimile:  (415) 732-0287

10

    I declare under penalty of perjury under the laws of the State of California that the foregoing is

11

true and correct and that this document was executed on May 8, 2007.

12

_____

13

EJ Kipping

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit E

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916-444-3900
5  Fax:    916-444-8989

6  Attorneys for Sutter Auburn Faith Hospital

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                             COUNTY OF ALAMEDA

10

11  MELINDA CAMPBELL, on her own behalf,      )   Case No. RG05221764
    and on behalf of all others similarly situated,  )
12                                            )   **AFFIDAVIT OF MICHAEL TAYLOR,**
                              Plaintiffs,     )   **SUTTER AUBURN FAITH HOSPITAL**
13  v.                                        )   **RE: RECORDS PRODUCED BY**
                                              )   **SUBPOENA (EVIDENCE CODE**
14  SUTTER HEALTH, et al.,                    )   **SECTION 1561)**
                                              )
15                            Defendants.     )
                                              )
16

17        I, Michael Taylor, the affiant herein, state:

18        1.      I am the Assistant Director, Central Billing Office, of Sutter Auburn Faith Hospital

19  ("HOSPITAL").  I am a duly authorized custodian of HOSPITAL's records relating to collections

20  and liens asserted by HOSPITAL against the tort claims of PERSONS who received services at

21  HOSPITAL, and of the records, if any, described in the subpoena issued to HOSPITAL in the

22  above-captioned lawsuit.  I have the authority to certify the existence or non-existence of said

23  records at HOSPITAL and to locate and authenticate them.

24        2.      I am familiar with HOSPITAL's business records relating to third party liens.  These

25  records are kept, in the ordinary course of business, in the form of electronic data.  The data

26  summarizes information about liens and collection efforts, but does not include documents, such as

27  the liens themselves.  HOSPITAL contracts with a collection agency, NCO Financial, Inc., to handle

28  third party liens.  NCO Financial, Inc. does not provide copies of lien documents to HOSPITAL.

MHA
McDonough Holland & Allen PC
Attorneys at Law

                                        -1-

1    Therefore, HOSPITAL does not have possession of any responsive documents.  In response to the

2    subpoena, I performed a diligent inquiry of NCO Financial, Inc., the party most likely to be in

3    possession of lien records, and determined that HOSPITAL is unable to produce liens asserted by

4    HOSPITAL against the tort claims of PERSONS who received services at HOSPITAL that were

5    filed in a court action.  This inability to produce such documents is because according to NCO

6    Financial, Inc. and to HOSPITAL's knowledge, no such liens were filed in a court action.        3.

7          3.    Additionally, according to NCO Financial, Inc., and to HOSPITAL's knowledge, no

8    civil or administrative complaints or actions have been filed against HOSPITAL for the alleged

9    assertion of improper liens.

10         I declare under penalty of perjury, under the laws of the State of California, that the

11    foregoing is true and correct. Executed on April 5, 2007, at Sacramento, California.

12

13    Michael Taylor

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

1   CASE TITLE:     *Melinda Campbell, et al. v. Sutter Health, et al.*

2   COURT/CASE NO:    Alameda County Superior Court No. RG05221764

3   <u>**PROOF OF SERVICE**</u>

4     I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814.  I am over the age of eighteen years and not a party to the foregoing action.

6     I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

8     On April 11, 2007, I served the within:

10   (1)   **AFFIDAVIT OF MICHAEL TAYLOR, SUTTER AUBURN FAITH HOSPITAL RE: RECORDS PRODUCED BY SUBPOENA**

11   [ X ]   **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

15   [ ]   **by email** to the parties indicated, at the e-mail addresses indicated on the attached Court Service List:

16   [ ]   **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

18   [ ]   **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

21   [ ]   **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

Todd M. Schneider               Counsel for Plaintiffs
Joshua Konecky
W.H. "Hank" Willson
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

1

*Courtesy Copy to:*                                    Co-counsel for Plaintiffs

2

Linda Ross
3       LAW OFFICE OF LINDA ROSS
        2204 Union Street
4       San Francisco, CA 94123
        Telephone: (415) 563-2400
5       Facsimile: (415) 931-9981

6       Scott Kalkin
        ROBOOSTOFF & KALKIN, PLC
7       369 Pine Street, Suite 610
        San Francisco, CA 94104
8       Telephone: (415) 732-0282
9       Facsimile: (415) 732-0287

10
        I declare under penalty of perjury under the laws of the State of California that the foregoing is
11      true and correct and that this document was executed on April 11, 2007.

12
                                                        _____
                                                        CORENE E. RODDER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit F

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA 95814
   Phone: 916-444-3900
5  Fax:    916-444-8989

6  Attorneys for Sutter Center for Psychiatry

7

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF ALAMEDA

10

11 MELINDA CAMPBELL, on her own behalf,    )    Case No. RG05221764
   and on behalf of all others similarly situated,  )
12                                          )    AFFIDAVIT OF MICHAEL TAYLOR,
                                            )    SUTTER CENTER FOR
13                        Plaintiffs,       )    PSYCHIATRY RE: RECORDS
   v.                                       )    PRODUCED BY SUBPOENA
14 SUTTER HEALTH, et al.,                   )    (EVIDENCE CODE SECTION 1561)
                                            )
15                        Defendants.       )
                                            )
16 ─────────────────────────────────────── )

17      I, Michael Taylor, the affiant herein, state:

18      1.    I am the Assistant Director, Central Billing Office, of Sutter Center for Psychiatry

19 ("HOSPITAL"). I am a duly authorized custodian of HOSPITAL's records relating to collections

20 and liens asserted by HOSPITAL against the tort claims of PERSONS who received services at

21 HOSPITAL, and of the records, if any, described in the subpoena issued to HOSPITAL in the

22 above-captioned lawsuit. I have the authority to certify the existence or non-existence of said

23 records at HOSPITAL and to locate and authenticate them.

24      2.    I am familiar with HOSPITAL's business records relating to third party liens. These

25 records are kept, in the ordinary course of business, in the form of electronic data. The data

26 summarizes information about liens and collection efforts, but does not include documents, such as

27 the liens themselves. HOSPITAL contracts with a collection agency, NCO Financial, Inc., to handle

28 third party liens. NCO Financial, Inc. does not provide copies of lien documents to HOSPITAL.

Affidavit of Sutter Center for Psychiatry Re: Documents Produced by Subpoena          1001924v4 09504/0502

1   Therefore, HOSPITAL does not have possession of any responsive documents.  In response to the

2   subpoena, I performed a diligent inquiry of NCO Financial, Inc., the party most likely to be in

3   possession of lien records, and determined that HOSPITAL is unable to produce liens asserted by

4   HOSPITAL against the tort claims of PERSONS who received services at HOSPITAL that were

5   filed in a court action.  This inability to produce such documents is because according to NCO

6   Financial, Inc. and to HOSPITAL's knowledge, no such liens were filed in a court action.        3.

7          3.      Additionally, according to NCO Financial, Inc., and to HOSPITAL's knowledge, no

8   civil or administrative complaints or actions have been filed against HOSPITAL for the alleged

9   assertion of improper liens.

10          I declare under penalty of perjury, under the laws of the State of California, that the

11   foregoing is true and correct. Executed on ___April 5___, 2007, at ___Sacramento___, California.

12

13                                                   Michael Taylor

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit of Sutter Center for Psychiatry Re: Documents Produced by Subpoena          1001924v4 09504/0502

1    CASE TITLE:         *Melinda Campbell, et al. v. Sutter Health, et al.*

2    COURT/CASE NO:      Alameda County Superior Court No. RG05221764

3                        ## PROOF OF SERVICE

4       I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th
Floor, Sacramento, California 95814.  I am over the age of eighteen years and not a party to the
5    foregoing action.

6       I am readily familiar with the business practice at my place of business for collection and
processing of correspondence for mailing with the United States Postal Service.  Correspondence so
7    collected and processed is deposited with the United States Postal Service that same day in the
ordinary course of business.

8
   On April 11, 2007, I served the within:

9
(1)   **AFFIDAVIT OF MICHAEL TAYLOR, SUTTER CENTER FOR**
10         **PSYCHIATRY RE: RECORDS PRODUCED BY SUBPOENA**

11   ☒   **by mail** on the following party(ies) in said action, in accordance with Code of Civil
Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a
12        designated area for outgoing mail, addressed as set forth below.  At McDonough
Holland & Allen PC, mail placed in that designated area is given the correct amount of
13        postage and is deposited that same day, in the ordinary course of business, in a United
States mailbox in the City of Sacramento, California.
14

15       **by email** to the parties indicated, at the e-mail addresses indicated on the attached
Court Service List:
16
         **by personally delivering** a true copy thereof, in accordance with Code of Civil
17        Procedure § 1011, to the person(s) and at the address(es) set forth below.

18       **by overnight delivery** on the following party(ies) in said action, in accordance with
Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed
19        envelope, with delivery fees paid or provided for, and delivering that envelope to an
overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..
20

21       **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to
the following party(ies) at the facsimile number(s) indicated:
22

23   Todd M. Schneider                        Counsel for Plaintiffs
Joshua Konecky
24   W.H. "Hank" Willson
SCHNEIDER & WALLACE
25   180 Montgomery Street, Suite 2000
San Francisco, CA  94104
26   Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

27

28

1    *Courtesy Copy to:*                                Co-counsel for Plaintiffs

2
      Linda Ross
3     LAW OFFICE OF LINDA ROSS
      2204 Union Street
4     San Francisco, CA 94123
      Telephone: (415) 563-2400
5     Facsimile: (415) 931-9981

6     Scott Kalkin
      ROBOOSTOFF & KALKIN, PLC
7     369 Pine Street, Suite 610
      San Francisco, CA 94104
8     Telephone: (415) 732-0282
9     Facsimile: (415) 732-0287

10
         I declare under penalty of perjury under the laws of the State of California that the foregoing is
11    true and correct and that this document was executed on April 11, 2007.

12    _____
                                              CORENE E. RODDER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit G

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916-444-3900
5  Fax:    916-444-8989

6  Attorneys for Sutter Davis Hospital

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                              COUNTY OF ALAMEDA

10

11  MELINDA CAMPBELL, on her own behalf,      )   Case No. RG05221764
    and on behalf of all others similarly situated,  )
12                                            )   AFFIDAVIT OF MICHAEL TAYLOR,
                              Plaintiffs,      )   SUTTER DAVIS HOSPITAL RE:
13  v.                                        )   RECORDS PRODUCED BY
                                              )   SUBPOENA (EVIDENCE CODE
14  SUTTER HEALTH, et al.,                    )   SECTION 1561)
                                              )
15                            Defendants.      )
                                              )
16  ─────────────────────────────────────────

17        I, Michael Taylor, the affiant herein, state:

18        1.     I am the Assistant Director, Central Billing Office, of Sutter Davis Hospital

19  ("HOSPITAL").  I am a duly authorized custodian of HOSPITAL's records relating to collections

20  and liens asserted by HOSPITAL against the tort claims of PERSONS who received services at

21  HOSPITAL, and of the records, if any, described in the subpoena issued to HOSPITAL in the

22  above-captioned lawsuit.  I have the authority to certify the existence or non-existence of said

23  records at HOSPITAL and to locate and authenticate them.

24        2.     I am familiar with HOSPITAL's business records relating to third party liens.  These

25  records are kept, in the ordinary course of business, in the form of electronic data.  The data

26  summarizes information about liens and collection efforts, but does not include documents, such as

27  the liens themselves.  HOSPITAL contracts with a collection agency, NCO Financial, Inc., to handle

28  third party liens.  NCO Financial, Inc. does not provide copies of lien documents to HOSPITAL.

MHA
McDonough Holland & Allen PC
Attorneys at Law

Affidavit of Sutter Davis Hospital Re: Documents Produced by Subpoena                    1001886v4 09504/0502

1   Therefore, HOSPITAL does not have possession of any responsive documents.  In response to the

2   subpoena, I performed a diligent inquiry of NCO Financial, Inc., the party most likely to be in

3   possession of lien records, and determined that HOSPITAL is unable to produce liens asserted by

4   HOSPITAL against the tort claims of PERSONS who received services at HOSPITAL that were

5   filed in a court action.  This inability to produce such documents is because according to NCO

6   Financial, Inc. and to HOSPITAL's knowledge, no such liens were filed in a court action.        3.

7        3.    Additionally, according to NCO Financial, Inc., and to HOSPITAL's knowledge, no

8   civil or administrative complaints or actions have been filed against HOSPITAL for the alleged

9   assertion of improper liens.

10       I declare under penalty of perjury, under the laws of the State of California, that the

11  foregoing is true and correct.  Executed on _April 5_, 2007, at _Sacramento_, California.

12

13                                    Michael Taylor

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



-2-

Affidavit of Sutter Davis Hospital Re: Documents Produced by Subpoena                    1001886v4 09504/0502

1   CASE TITLE:       *Melinda Campbell, et al. v. Sutter Health, et al.*

2   COURT/CASE NO:     Alameda County Superior Court No. RG05221764

3
### PROOF OF SERVICE

4     I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the
5   foregoing action.

6     I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so
7   collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

8

9    On April 11, 2007, I served the within:

10   (1)   **AFFIDAVIT OF MICHAEL TAYLOR, SUTTER DAVIS HOSPITAL RE: RECORDS PRODUCED BY SUBPOENA**

11   [ X ]   by mail on the following party(ies) in said action, in accordance with Code of Civil
12   Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough
13   Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United
14   States mailbox in the City of Sacramento, California.

15   [ ]   **by email to the parties indicated,** at the e-mail addresses indicated on the attached
16   Court Service List.

        [ ]   **by personally delivering** a true copy thereof, in accordance with Code of Civil
17   Procedure § 1011, to the person(s) and at the address(es) set forth below.

18   [ ]   **by overnight delivery** on the following party(ies) in said action, in accordance with
19   Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an
20   overnight express service carrier as defined in Code of Civil Procedure § 1013(c).

21   [ ]   **by facsimile transmission,** in accordance with Code of Civil Procedure § 1013(e), to
        the following party(ies) at the facsimile number(s) indicated:
22

23   Todd M. Schneider                            Counsel for Plaintiffs
       Joshua Konecky
24   W.H. "Hank" Willson
       SCHNEIDER & WALLACE
25   180 Montgomery Street, Suite 2000
       San Francisco, CA 94104
26   Telephone: (415) 421-7100
       Facsimile: (415) 421-7105

27

28

1    *Courtesy Copy to:*                           Co-counsel for Plaintiffs

2
     Linda Ross
3    LAW OFFICE OF LINDA ROSS
     2204 Union Street
4    San Francisco, CA 94123
     Telephone: (415) 563-2400
5    Facsimile:  (415) 931-9981

6    Scott Kalkin
     ROBOOSTOFF & KALKIN, PLC
7    369 Pine Street, Suite 610
     San Francisco, CA 94104
8    Telephone: (415) 732-0282
9    Facsimile:  (415) 732-0287

10        I declare under penalty of perjury under the laws of the State of California that the foregoing is
11   true and correct and that this document was executed on April 11, 2007.

12                                                 _____
                                                   CORENE E. RODDER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MHA
onough Holland & Allen PC
Attorneys at Law

855075v1 09504/0502

Exhibit H

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916-444-3900
5  Fax:   916-444-8989

6  Attorneys for Sutter General Hospital

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF ALAMEDA

10

11  MELINDA CAMPBELL, on her own behalf,     )   Case No. RG05221764
    and on behalf of all others similarly situated,  )
12                                           )   AFFIDAVIT OF MICHAEL TAYLOR,
                            Plaintiffs,      )   SUTTER GENERAL HOSPITAL RE:
13  v.                                       )   RECORDS PRODUCED BY
                                             )   SUBPOENA (EVIDENCE CODE
14  SUTTER HEALTH, et al.,                   )   SECTION 1561)
                                             )
15                          Defendants.      )
                                             )
16  

17      I, Michael Taylor, the affiant herein, state:

18      1.    I am the Assistant Director, Central Billing Office, of Sutter General Hospital

19  ("HOSPITAL"). I am a duly authorized custodian of HOSPITAL's records relating to collections

20  and liens asserted by HOSPITAL against the tort claims of PERSONS who received services at

21  HOSPITAL, and of the records, if any, described in the subpoena issued to HOSPITAL in the

22  above-captioned lawsuit. I have the authority to certify the existence or non-existence of said

23  records at HOSPITAL and to locate and authenticate them.

24      2.    I performed a diligent search of HOSPITAL's business records and determined that

25  HOSPITAL is unable to produce liens asserted by HOSPITAL against the tort claims of PERSONS

26  who received services at HOSPITAL that were filed in a court action. This inability to produce such

27  documents is because HOSPITAL has no such documents in its possession, and is not aware of the

28  existence of any such documents. To HOSPITAL's knowledge, no such liens were filed in a court

-1-

Affidavit of Sutter General Hospital Re: Documents Produced by Subpoena                1001919v4 09504/0502

1    action. Additionally, to HOSPITAL's knowledge, no civil or administrative complaints or actions

2    have been filed against HOSPITAL for the alleged assertion of improper liens.

3        I declare under penalty of perjury, under the laws of the State of California, that the

4    foregoing is true and correct. Executed on _April 5_, 2007, at _Sacramento_, California.

5    

6    _____
    Michael Taylor

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit of Sutter General Hospital Re: Documents Produced by Subpoena        1001919v4 09504/0502

CASE TITLE:          *Melinda Campbell, et al. v. Sutter Health, et al.*

COURT/CASE NO:       Alameda County Superior Court No. RG05221764

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 11, 2007, I served the within:

(1) **AFFIDAVIT OF MICHAEL TAYLOR, SUTTER GENERAL HOSPITAL RE: RECORDS PRODUCED BY SUBPOENA**

[X]   **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ]   **by email to the parties indicated**, at the e-mail addresses indicated on the attached Court Service List:

      **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

[ ]   **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c).

[ ]   **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

Todd M. Schneider                          Counsel for Plaintiffs
Joshua Konecky
W.H. "Hank" Willson
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

1

*Courtesy Copy to:*                                    Co-counsel for Plaintiffs

2

Linda Ross

3    LAW OFFICE OF LINDA ROSS
     2204 Union Street

4    San Francisco, CA  94123
     Telephone:  (415) 563-2400

5    Facsimile:  (415) 931-9981

6    Scott Kalkin

7    ROBOOSTOFF & KALKIN, PLC
     369 Pine Street, Suite 610

8    San Francisco, CA  94104
     Telephone:  (415) 732-0282

9    Facsimile:  (415) 732-0287

10
     I declare under penalty of perjury under the laws of the State of California that the foregoing is
11   true and correct and that this document was executed on April 11, 2007.

12                                              _____

13                                                       CORENE E. RODDER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit I

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA 95814
   Phone: 916-444-3900
5  Fax:   916-444-8989

6  Attorneys for Sutter Memorial Hospital

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF ALAMEDA

10

11  MELINDA CAMPBELL, on her own behalf,   )   Case No. RG05221764
    and on behalf of all others similarly situated,  )
12                                         )   AFFIDAVIT OF MICHAL TAYLOR,
                                           )   SUTTER MEMORIAL HOSPITAL RE:
13  v.                         Plaintiffs,  )   RECORDS PRODUCED BY
                                           )   SUBPOENA (EVIDENCE CODE
14  SUTTER HEALTH, et al.,                 )   SECTION 1561)
                                           )
15                             Defendants.  )
                                           )
16

17       I, Michael Taylor, the affiant herein, state:

18       1.    I am the Assistant Director, Central Billing Office, of Sutter Memorial Hospital

19  ("HOSPITAL"). I am a duly authorized custodian of HOSPITAL's records relating to collections

20  and liens asserted by HOSPITAL against the tort claims of PERSONS who received services at

21  HOSPITAL, and of the records, if any, described in the subpoena issued to HOSPITAL in the

22  above-captioned lawsuit. I have the authority to certify the existence or non-existence of said

23  records at HOSPITAL and to locate and authenticate them.

24       2.    I performed a diligent search of HOSPITAL's business records and determined that

25  HOSPITAL is unable to produce liens asserted by HOSPITAL against the tort claims of PERSONS

26  who received services at HOSPITAL that were filed in a court action. This inability to produce such

27  documents is because HOSPITAL has no such documents in its possession, and is not aware of the

28  existence of any such documents. To HOSPITAL's knowledge, no such liens were filed in a court

Affidavit of Sutter Memorial Hospital Re: Documents Produced by Subpoena          1001921v4 09504/0502

1   action. Additionally, to HOSPITAL's knowledge, no civil or administrative complaints or actions

2   have been filed against HOSPITAL for the alleged assertion of improper liens.

3       I declare under penalty of perjury, under the laws of the State of California, that the

4   foregoing is true and correct. Executed on _April 5_, 2007, at _Sacramento_ California.

5

6   Michael Taylor

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   CASE TITLE:          *Melinda Campbell, et al. v. Sutter Health, et al.*

2   COURT/CASE NO:      Alameda County Superior Court No. RG05221764

3                       <u>PROOF OF SERVICE</u>

4       I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th
Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the
5   foregoing action.

6       I am readily familiar with the business practice at my place of business for collection and
processing of correspondence for mailing with the United States Postal Service. Correspondence so
7   collected and processed is deposited with the United States Postal Service that same day in the
ordinary course of business.
8

9       On April 11, 2007, I served the within:

10  (1)   **AFFIDAVIT OF MICHAEL TAYLOR, SUTTER MEMORIAL
        HOSPITAL RE: RECORDS PRODUCED BY SUBPOENA**

11  [ X ]   **by mail** on the following party(ies) in said action, in accordance with Code of Civil
            Procedure § 1013a(3); by placing a true copy thereof enclosed in a sealed envelope in a
12          designated area for outgoing mail, addressed as set forth below. At McDonough
            Holland & Allen PC, mail placed in that designated area is given the correct amount of
13          postage and is deposited that same day, in the ordinary course of business, in a United
            States mailbox in the City of Sacramento, California.
14

15  [  ]    **by email to the parties indicated,** at the e-mail addresses indicated on the attached
            Court Service List:
16
    [  ]    **by personally delivering** a true copy thereof, in accordance with Code of Civil
17          Procedure § 1011, to the person(s) and at the address(es) set forth below.

18  [  ]    **by overnight delivery** on the following party(ies) in said action, in accordance with
            Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed
19          envelope, with delivery fees paid or provided for, and delivering that envelope to an
            overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..
20

21  [  ]    **by facsimile transmission,** in accordance with Code of Civil Procedure § 1013(e), to
            the following party(ies) at the facsimile number(s) indicated:
22

23  Todd M. Schneider                          Counsel for Plaintiffs
    Joshua Konecky
24  W.H. "Hank" Willson
    SCHNEIDER & WALLACE
25  180 Montgomery Street, Suite 2000
    San Francisco, CA 94104
26  Telephone:  (415) 421-7100
    Facsimile:  (415) 421-7105
27

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

1

*Courtesy Copy to:*                                    Co-counsel for Plaintiffs

2

3   Linda Ross
    LAW OFFICE OF LINDA ROSS
4   2204 Union Street
    San Francisco, CA  94123
5   Telephone:  (415) 563-2400
    Facsimile:  (415) 931-9981

6   Scott Kalkin
    ROBOOSTOFF & KALKIN, PLC
7   369 Pine Street, Suite 610
    San Francisco, CA  94104
8   Telephone:  (415) 732-0282
    Facsimile:  (415) 732-0287
9

10
    I declare under penalty of perjury under the laws of the State of California that the foregoing is
11  true and correct and that this document was executed on April 11, 2007.

12                                          _____
13                                              CORENE E. RODDER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit J

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA 95814
   Phone: 916-444-3900
5  Fax:   916-444-8989

6  Attorneys for Sutter Roseville Medical Center

7

8                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                             COUNTY OF ALAMEDA

10  MELINDA CAMPBELL, on her own behalf,     )   Case No. RG05221764
    and on behalf of all others similarly situated,  )
11                                            )   AFFIDAVIT OF MICHAEL TAYLOR,
                               Plaintiffs,    )   SUTTER ROSEVILLE MEDICAL
12  v.                                        )   CENTER RE: RECORDS PRODUCED
                                              )   BY SUBPOENA (EVIDENCE CODE
13  SUTTER HEALTH, et al.,                    )   SECTION 1561)
                                              )
14                             Defendants.    )

15

16      I, Michael Taylor, the affiant herein, state:

17      1.      I am the Assistant Director, Central Billing Office, of Sutter Roseville Medical Center

18  ("HOSPITAL"). I am a duly authorized custodian of HOSPITAL's records relating to collections

19  and liens asserted by HOSPITAL against the tort claims of PERSONS who received services at

20  HOSPITAL, and of the records, if any, described in the subpoena issued to HOSPITAL in the

21  above-captioned lawsuit. I have the authority to certify the existence or non-existence of said

22  records at HOSPITAL and to locate and authenticate them.

23      2.      I am familiar with HOSPITAL's business records relating to third party liens. These

24  records are kept, in the ordinary course of business, in the form of electronic data. The data

25  summarizes information about liens and collection efforts, but does not include documents, such as

26  the liens themselves. HOSPITAL contracts with a collection agency, NCO Financial, Inc., to handle

27  third party liens. NCO Financial, Inc. does not provide copies of lien documents to HOSPITAL.

28  Therefore, HOSPITAL does not have possession of any responsive documents. In response to the

MHA
McDonough Holland & Allen PC
Attorneys at Law

1  subpoena, I performed a diligent inquiry of NCO Financial, Inc., the party most likely to be in

2  possession of lien records, and determined that the only liens asserted by HOSPITAL against the tort

3  claims of PERSONS who received services at HOSPITAL that were filed in an action, and were

4  pending on April 3, 2005, were those filed in connection with *Marriott v. Murray, et al.*, Case No.

5  SCV-15322, Superior Court of California, County of Placer ("*Marriott*"); and *Stowers v. Sutter*

6  *Health, et al.*, Case No. 01AS06661, Superior Court of California, County of Sacramento

7  ("*Stowers*").

8          3.      Based on the same inquiry, I have further determined that the only civil or

9  administrative complaints that have been filed against HOSPITAL, and were pending on April 3,

10  2005, for the alleged assertion of improper liens are those complaints that were filed in *Marriott* and

11  *Stowers*, copies of which I am informed were produced in response to the subpoena.

12      I declare under penalty of perjury, under the laws of the State of California, that the

13  foregoing is true and correct. Executed on ___April 5___, 2007, at ___Sacramento___, California.

14

15                                              Michael Taylor

16

17

18

19

20

21

22

23

24

25

26

27

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

Affidavit of Sutter Roseville Medical Center Re: Documents Produced by Subpoena          1001923v2 09504/0502

1   CASE TITLE:       *Melinda Campbell, et al. v. Sutter Health, et al.*

2   COURT/CASE NO:     Alameda County Superior Court No. RG05221764

3   <u>PROOF OF SERVICE</u>

4      I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the

5   foregoing action.

6      I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so

7   collected and processed is deposited with the United States Postal Service that same day in the

8   ordinary course of business.

9      On April 11, 2007, I served the within:

10   (1)  **AFFIDAVIT OF MICHAEL TAYLOR, SUTTER ROSEVILLE MEDICAL CENTER RE: RECORDS PRODUCED BY SUBPOENA**

11   [ X ]    **by mail** on the following party(ies) in said action, in accordance with Code of Civil

12   Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough

13   Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United

14   States mailbox in the City of Sacramento, California.

15   [   ]    **by email to the parties indicated**, at the e-mail addresses indicated on the attached

16   Court Service List:

      [   ]    **by personally delivering** a true copy thereof, in accordance with Code of Civil

17   Procedure § 1011, to the person(s) and at the address(es) set forth below.

18   [   ]    **by overnight delivery** on the following party(ies) in said action, in accordance with

19   Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an

20   overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

21   [   ]    **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

22

23   Todd M. Schneider                    Counsel for Plaintiffs

      Joshua Konecky

24   W.H. "Hank" Willson

      SCHNEIDER & WALLACE

25   180 Montgomery Street, Suite 2000

      San Francisco, CA 94104

26   Telephone: (415) 421-7100

      Facsimile: (415) 421-7105

27

28

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

1      *Courtesy Copy to:*                          Co-counsel for Plaintiffs

2      Linda Ross
3      LAW OFFICE OF LINDA ROSS
       2204 Union Street
4      San Francisco, CA 94123
       Telephone: (415) 563-2400
5      Facsimile: (415) 931-9981

6      Scott Kalkin
       ROBOOSTOFF & KALKIN, PLC
7      369 Pine Street, Suite 610
       San Francisco, CA 94104
8      Telephone: (415) 732-0282
9      Facsimile: (415) 732-0287

10
       I declare under penalty of perjury under the laws of the State of California that the foregoing is
11     true and correct and that this document was executed on April 11, 2007.

12                                                          _____
                                                                CORENE E. RODDER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MHA
oooogh Holland & Allen PC
Attorneys at Law

Exhibit K

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA 95814
   Phone: 916-444-3900
5  Fax:   916-444-8989

6  Attorneys for California Pacific Medical Center and
   California Pacific Medical Center dba St. Luke's Hospital
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF ALAMEDA

10  MELINDA CAMPBELL, on her own behalf,   )   Case No. RG05221764
    and on behalf of all others similarly situated,  )
11                                         )   AFFIDAVIT OF MICHAEL
                         Plaintiffs,       )   HOLDSWORTH, CALIFORNIA
12  v.                                     )   PACIFIC MEDICAL CENTER AND
                                           )   CALIFORNIA PACIFIC MEDICAL
13  SUTTER HEALTH, et al.,                 )   CENTER DBA ST. LUKE'S
                                           )   HOSPITAL RE: RECORDS
14                       Defendants.        )   PRODUCED BY SUBPOENA
                                           )   (EVIDENCE CODE SECTION 1561)
15

16         I, Michael Holdsworth, the affiant herein, state:

17         1.     I am the Vice President, Finance/Chief Financial Officer of California Pacific

18  Medical Center and of California Pacific Medical Center dba St. Luke's Hospital ("HOSPITAL"). I

19  am one of HOSPITAL's duly authorized custodians of HOSPITAL'S business records.  These

20  records would include documents relating to collections and liens asserted by HOSPITAL against

21  the tort claims of PERSONS who received services at HOSPITAL, and the records described in the

22  subpoena issued to HOSPITAL in the above-captioned lawsuit, if any such documents are in

23  HOSPITAL'S possession.  I have the authority to certify the existence or non-existence of said

24  records at HOSPITAL and to locate and authenticate them.

25         2.     In response to the subpoena, I performed a diligent inquiry of the collection agency

26  and attorneys most likely to be in possession of lien records, and determined that HOSPITAL is

27  unable to produce liens asserted by HOSPITAL against the tort claims of PERSONS who received

28  services at HOSPITAL that were filed in a court action since April 3, 2005.  This inability to

MHA

-1-

1   produce such documents is because to HOSPITAL's knowledge and based on the information I

2   received upon inquiry of HOSPITAL's collection agencies and counsel, no such liens were filed in a

3   court action.

4          3.     Additionally, to HOSPITAL's knowledge and based on the information I received

5   upon inquiry of HOSPITAL's collection agencies and counsel, no civil or administrative complaints

6   or actions have been filed against HOSPITAL for the alleged assertion of improper liens. If and

7   when such documents are discovered, HOSPITAL will produce them.

8          I declare under penalty of perjury, under the laws of the State of California, that the

9   foregoing is true and correct. Executed on May 7 , 2007, at San Francisco California.

                                    Michael Holdsworth

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MHA

Affidavit of CPMC and CPMC dba St. Luke's Hospital Re: Documents Produced by Subpoena     1000795v3 09504/0502

1   CASE TITLE:              *Melinda Campbell, et al. v. Sutter Health, et al.*

2   COURT/CASE NO:          Alameda County Superior Court No. RG05221764

3                              **PROOF OF SERVICE**

4      I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th
    Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the
5   foregoing action.

6      I am readily familiar with the business practice at my place of business for collection and
    processing of correspondence for mailing with the United States Postal Service. Correspondence so
7   collected and processed is deposited with the United States Postal Service that same day in the
    ordinary course of business.
8
       On May 8, 2007, I served the within:
9

10  (1)  **AFFIDAVIT OF MICHAEL HOLDSWORTH, CALIFORNIA PACIFIC
         MEDICAL CENTER AND CALIFORNIA PACIFIC MEDICAL
11       CENTER DBA ST. LUKE'S HOSPITAL RE: RECORDS PRODUCED
         BY SUBPOENA (EVIDENCE CODE SECTION 1561)**
12
    [X]   **by mail** on the following party(ies) in said action, in accordance with Code of Civil
13        Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a
          designated area for outgoing mail, addressed as set forth below. At McDonough
14        Holland & Allen PC, mail placed in that designated area is given the correct amount of
          postage and is deposited that same day, in the ordinary course of business, in a United
15        States mailbox in the City of Sacramento, California.

16  [ ]   **by email to the parties indicated**, at the e-mail addresses indicated on the attached
          Court Service List:
17
18  [ ]   **by personally delivering** a true copy thereof, in accordance with Code of Civil
          Procedure § 1011, to the person(s) and at the address(es) set forth below.
19
20  [ ]   **by overnight delivery** on the following party(ies) in said action, in accordance with
          Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed
21        envelope, with delivery fees paid or provided for, and delivering that envelope to an
          overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

22  [ ]   **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to
          the following party(ies) at the facsimile number(s) indicated:
23

24  Todd M. Schneider                        Counsel for Plaintiffs
    Joshua Konecky
25  W.H. "Hank" Willson
    SCHNEIDER & WALLACE
26  180 Montgomery Street, Suite 2000
    San Francisco, CA 94104
27  Telephone: (415) 421-7100
    Facsimile: (415) 421-7105
28

MHA
sDonough Holland & Allen PC
Attorneys at Law

*Courtesy Copy to:*                                    Co-counsel for Plaintiffs

Linda Ross
LAW OFFICE OF LINDA ROSS
2204 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-2400
Facsimile:   (415) 931-9981

Scott Kalkin
ROBOOSTOFF & KALKIN, PLC
369 Pine Street, Suite 610
San Francisco, CA  94104
Telephone:  (415) 732-0282
Facsimile:   (415) 732-0287


   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on May 8, 2007.

                                              _____
                                                         EJ Kipping

Exhibit L

1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER (145686)
3  JOHN C.J. BARNES (216694)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA 95814
   Phone: 916-444-3900
5  Fax:    916-444-8989

6  Attorneys for Sutter Solano Medical Center

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF ALAMEDA

10

11  MELINDA CAMPBELL, on her own behalf,    )   Case No. RG05221764
    and on behalf of all others similarly situated,  )
12                                          )   AFFIDAVIT OF RICHARD SOOHOO,
                               Plaintiffs,  )   SUTTER SOLANO MEDICAL
13  v.                                      )   CENTER RE: RECORDS PRODUCED
                                            )   BY SUBPOENA (EVIDENCE CODE
14  SUTTER HEALTH, et al.,                  )   SECTION 1561)
                                            )
15                             Defendants.  )
                                            )
16

17          I, Richard SooHoo, the affiant herein, state:

18          1.    I am the Chief Financial Officer of Sutter Solano Medical Center ("HOSPITAL"). I

19  am a duly authorized custodian of HOSPITAL's records relating to collections and liens asserted by

20  HOSPITAL against the tort claims of PERSONS who received services at HOSPITAL, and of the

21  records, if any, described in the subpoena issued to HOSPITAL in the above-captioned lawsuit. I

22  have the authority to certify the existence or non-existence of said records at HOSPITAL and to

23  locate and authenticate them.

24          2.    I performed a diligent search of HOSPITAL's business records and determined that

25  HOSPITAL is unable to produce liens asserted by HOSPITAL against the tort claims of PERSONS

26  who received services at HOSPITAL that were filed in a court action. This inability to produce such

27  documents is because HOSPITAL has no such documents in its possession, and is not aware of the

28  existence of any such documents. To HOSPITAL's knowledge, no such liens were filed in a court

MHA
McDonough Holland & Allen PC
Attorneys at Law

Affidavit of Sutter Solano Medical Center Re: Documents Produced by Subpoena          1001976v5 09504/0502

1    action. Additionally, to HOSPITAL's knowledge, no civil or administrative complaints or actions

2    have been filed against HOSPITAL for the alleged assertion of improper liens.

3       I declare under penalty of perjury, under the laws of the State of California, that the

4    foregoing is true and correct. Executed on **5 - 3**, 2007, at **DAVIS**, California.

5

6      Richard SooHoo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

-2-

1     CASE TITLE:        *Melinda Campbell, et al. v. Sutter Health, et al.*

2     COURT/CASE NO:      Alameda County Superior Court No. RG05221764

3                       **PROOF OF SERVICE**

4     I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the
5 foregoing action.

6     I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so
7 collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

8

    On May 8, 2007, I served the within:

9

10     (1)    **AFFIDAVIT OF RICHARD SOOHOO, SUTTER SOLANO MEDICAL CENTER RE: RECORDS PRODUCED BY SUBPOENA (EVIDENCE**
11            **CODE SECTION 1561)**

12     [X]     **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a
13               designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of
14               postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

15

16     [ ]     **by email to the parties indicated**, at the e-mail addresses indicated on the attached Court Service List:

17     [ ]     **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.
18

19     [ ]     **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed
20               envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

21

22     [ ]     **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

23     Todd M. Schneider                            Counsel for Plaintiffs
24     Joshua Konecky
    W.H. "Hank" Willson
25     SCHNEIDER & WALLACE
    180 Montgomery Street, Suite 2000
26     San Francisco, CA 94104
    Telephone: (415) 421-7100
27     Facsimile: (415) 421-7105

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

*Courtesy Copy to:*                               Co-counsel for Plaintiffs

Linda Ross
LAW OFFICE OF LINDA ROSS
2204 Union Street
San Francisco, CA 94123
Telephone: (415) 563-2400
Facsimile: (415) 931-9981

Scott Kalkin
ROBOOSTOFF & KALKIN, PLC
369 Pine Street, Suite 610
San Francisco, CA 94104
Telephone: (415) 732-0282
Facsimile: (415) 732-0287

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on May 8, 2007.

_____
EJ Kipping