1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (dbrandt@mhalaw.com) (44893)
   MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
3  ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
   JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
4  555 Capitol Mall, 9th Floor
   Sacramento, CA 95814
5  Phone: 916.444.3900
   Fax:   916.444.8989
6
   Attorneys for Sutter Health and All Affiliated Hospitals
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | MELINDA CAMPBELL, on her own behalf, ) | Case No. C 07-03406 MMC
   | and on behalf of all others similarly situated, )
12 |                                              ) | **DECLARATION OF BRIAN HUNTER IN**
   |            Plaintiff(s),                     ) | **SUPPORT OF MOTION TO DISMISS OR**
13 |                                              ) | **TRANSFER FOR IMPROPER VENUE,**
   |        v.                                    ) | **OR IN ALTERNATIVE, TO TRANSFER**
14 |                                              ) | **FOR CONVENIENCE**
   | SUTTER HEALTH, ALTA BATES MEDICAL )
15 | CENTER, CALIFORNIA PACIFIC MEDICAL )
   | CENTER, EDEN MEDICAL CENTER,   )
16 | MARIN GENERAL HOSPITAL, MEMORIAL ) | Date:  August 10, 2007
   | HOSPITAL LOS BANOS, MEMORIAL    ) | Time:  9:00 a.m.
17 | HOSPITALS ASSN., MILLS-PENINSULA ) | Place: Courtroom 7, 19th Floor
   | MEDICAL CENTER, NOVATO          ) | Judge: Honorable Maxine M. Chesney
18 | COMMUNITY HOSPITAL, ST. LUKE'S  )
   | HOSPITAL, SUTTER AMADOR HOSPITAL, )
19 | SUTTER AUBURN FAITH HOSPITAL,  )
   | SUTTER CENTER FOR PSYCHIATRY,  )
20 | SUTTER COAST HOSPITAL, SUTTER  )
   | DAVIS HOSPITAL, SUTTER DELTA   )
21 | MEDICAL CENTER, SUTTER GENERAL )
   | HOSPITAL, SUTTER LAKESIDE HOSPITAL,)
22 | SUTTER MATERNITY AND SURGERY   )
   | CENTER OF SANTA CRUZ, SUTTER   )
23 | MEMORIAL HOSPITAL, SUTTER MEDICAL)
   | CENTER OF SANTA ROSA, SUTTER   )
24 | ROSEVILLE MEDICAL CENTER, SUTTER )
   | SOLANO MEDICAL CENTER, SUTTER  )
25 | TRACY COMMUNITY HOSPITAL, and  )
   | DOES 24 and 25, inclusive,     )
26 |                                )
   |           Defendants.          )
27

28  ///

---

MHA
McDonough Holland & Allen PC
Attorneys at Law

                                    1
DECL OF HUNTER IN SUPP OF
MOTION TO DISMISS OR TRANSFER                                1024705v1 09504/0502

I, Brian Hunter, hereby declare the following:

1. This declaration is based on my own personal knowledge and, if called upon, I could and would testify to the matters set forth herein.

2. I am a Vice-President of Sutter Health. Sutter Health's principal place of business in Sacramento, California. Sutter Health's offices, where I work, are located at 2200 River Plaza Dr., Sacramento, California. The hospital affiliates are located at separate locations throughout Northern California ranging from Santa Cruz, California to Crescent City, California. One hospital affiliate is located in Hawaii. I live in Rocklin, California, which is in Placer County.

3. I have personal knowledge of the corporate structure and operations of Sutter Health and its relationship with the corporations that own and operate the hospitals with which Sutter Health has a relationship.

4. Sutter Health is a California nonprofit public benefit corporation, organized under the California Nonprofit Public Benefit Corporation Law, set forth in §§ 5110 et. seq. of the California Corporations Code. A true and correct copy of Sutter Health's Articles of Incorporation is attached hereto as Exhibit A ("Articles").

5. As described in the Articles, Sutter Health supports community-based health care providers, most of which are also California nonprofit public benefit corporations. These providers include acute care hospitals, medical foundations, home health and hospice services, outpatient facilities, philanthropic foundations, education and training programs, occupational health services and skilled nursing facilities. Among these are 24 hospital providers.

6. Sutter Health does not own any hospitals. The 24 hospitals listed in Sutter Health's responses to discovery are owned and operated by other, separate, and distinct, California nonprofit public benefit corporations. Sutter Health is a "member" (as that term is defined at California Corporations Code section 5056) of each of these nonprofit public benefit corporations, and has statutory rights as defined in the Corporations Code. These organizations are "affiliated" as a result of this relationship. Because the corporations that operate the hospitals are nonprofit public benefit corporations, they do not have shareholders.

///

MHA
McDonough Holland & Allen PC
Attorneys at Law

2

DECL OF HUNTER IN SUPP OF
MOTION TO DISMISS OR TRANSFER

1024705v1 09504/0502

7. As set forth in the Articles, Sutter Health's function is to provide support to the affiliated hospitals. For example, Sutter Health provides "charitable, educational, and scientific activities, and ... such activities as may be deemed advisable for the advancement of health care" and "coordinate(s) activities of organizations of which it is a member and their affiliated organizations which are engaged in health care for the betterment of the general health of the communities served."

8. Sutter Health and each of the nonprofit corporations for which it is a member (which separate corporations operate the hospitals) have separate Boards of Directors. These separate Boards are responsible for the governance of their respective corporations. The hospital corporations maintain their own bank accounts and ongoing financial books and records separate from Sutter Health.

9. The hospitals operated by the nonprofit corporations are separately licensed by the Department of Health Services.

10. Sutter Health is not a hospital and does not provide medical services. Accordingly, Sutter Health is not authorized by law to assert, and has never asserted, any hospital liens.

11. Sutter Health does not exercise control over the hospitals lien practices.

12. Sutter Health has not offered the hospitals a policy or any guidelines regarding the assertion of Hospital Lien Act liens after a patient files bankruptcy.

13. The hospitals maintain facilities, employees, a medical staff and health care services that are separate from Sutter Health and from the other hospital affiliates. The day-to-day operational decisions concerning each hospital are made by each hospital's management team, subject to the direction of the hospital's Boards of Directors.

14. The hospitals do not coordinate their lien practices, and they retain different collection agencies to perform collections on hospital liens.

///
///
///
///

DECL OF HUNTER IN SUPP OF
MOTION TO DISMISS OR TRANSFER

1024705v1 09504/0502

15. Sutter Health extends support services to its affiliate entities. The affiliates pay an allocated fee for such services, by contract. The hospitals do not make "contributions" to Sutter Health.

I have read this statement, and declare, under penalty of perjury under the laws of the State of California, that it is true and correct.

Executed in Sacramento, California on the 2d day of July 2007.

_____
BRIAN HUNTER