1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (44893)
   MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
3  ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
   JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
4  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
5  Phone: 916.444.3900
   Fax:    916.444.8989
6
   Attorneys for Defendants
7  Sutter Health and All Affiliated Hospitals

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 MELINDA CAMPBELL, on her own behalf,   )   CASE NO.  C073406-MMC
   and on behalf of all others similarly situated, )
11                                         )
                   Plaintiff(s),           )   **PROOF OF SERVICE OF STANDING**
12                                         )   **ORDERS FOR CIVIL CASES**
            v.                             )   **ASSIGNED TO THE HONORABLE**
13                                         )   **MAXINE M. CHESNEY**
   SUTTER HEALTH, ALTA BATES MEDICAL )
14 CENTER, CALIFORNIA PACIFIC MEDICAL )
   CENTER, EDEN MEDICAL CENTER,          )
15 MARIN GENERAL HOSPITAL, MEMORIAL )
   HOSPITAL LOS BANOS, MEMORIAL          )
16 HOSPITALS ASSN., MILLS-PENINSULA      )
   MEDICAL CENTER, NOVATO                )
17 COMMUNITY HOSPITAL, ST. LUKE'S        )
   HOSPITAL, SUTTER AMADOR HOSPITAL,     )
18 SUTTER AUBURN FAITH HOSPITAL,         )
   SUTTER CENTER FOR PSYCHIATRY,         )
19 SUTTER COAST HOSPITAL, SUTTER         )
   DAVIS HOSPITAL, SUTTER DELTA          )
20 MEDICAL CENTER, SUTTER GENERAL        )
   HOSPITAL, SUTTER LAKESIDE HOSPITAL,)
21 SUTTER MATERNITY AND SURGERY          )
   CENTER OF SANTA CRUZ, SUTTER          )
22 MEMORIAL HOSPITAL, SUTTER MEDICAL)
   CENTER OF SANTA ROSA, SUTTER          )
23 ROSEVILLE MEDICAL CENTER, SUTTER      )
   SOLANO MEDICAL CENTER, SUTTER         )
24 TRACY COMMUNITY HOSPITAL, and         )
   DOES 24 and 25, inclusive,            )
25                                         )
                   Defendants.            )
26 _____)

27

28

                                   1

**PROOF OF SERVICE OF STANDING ORDERS**                    1025558v1 09504/0502
**FOR CIVIL CASES ASSIGNED TO THE HON. MAXINE M. CHESNEY**       C073406-MMC

MHA
McDonough Holland & Allen PC
Attorneys at Law

**STANDING ORDERS FOR CIVIL CASES**
**ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

1.     Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2.     **Electronic Case Filing - Lodging Hard Copies for Chambers**

       In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked **"Chambers Copy"** and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and "E-Filing Chambers Copy."

3.     <u>**Scheduling Days:**</u>

       a.     Criminal Law and Motion Calendar is conducted on Wednesdays at **2:30 p.m.**
       b.     Civil Law and Motion Calendar is conducted on Fridays at **9:00 a.m.**
       c.     Case Management Conferences are conducted on Fridays at **10:30 a.m.**, with order of call determined by the Court.
       d.     Pretrial conferences are generally conducted on Tuesday afternoons at **3:00 p.m.**
       e.     Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

4.     **Proposed Orders Required:**  Each party filing <u>or opposing</u> a motion shall also serve and file a proposed order which sets forth the relief or action sought and a <u>short</u> statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

5.     **Discovery:** Discovery motions will be referred to a Magistrate Judge.

6.     **Procedural Matters:**  Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an administrative request in accordance with Civil Local Rule 7-11. *In either case, no changes in the Court's schedule or procedures shall be made except by signed order of the Court **and only upon a showing of good cause.***

7.     **Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders at once upon all parties to this action and upon those subsequently joined, in accordance with the provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of the Court a certificate reflecting such service.

**IT IS SO ORDERED.**

Dated: April 20, 2005

Maxine M. Chesney
United States District Judge

1  CASE TITLE:                MELINDA CAMPBELL v. SUTTER HEALTH, et al..

2  COURT/CASE NO:         U.S. District Court, Northern District/C073406-MMC

3                          **PROOF OF SERVICE**

4        I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th
   Floor, Sacramento, California 95814.  I am over the age of eighteen years and not a party to the
5  foregoing action.

6        On July 10, 2007 I served the within:

7        **STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE
         MAXINE M. CHESNEY**

8

9    ☒   **(by mail)** on all parties in said action by placing a true copy thereof enclosed in a sealed
         envelope in a designated area for outgoing mail, addressed as set forth below.  At
10        McDonough Holland & Allen PC, mail placed in that designated area is given the
         correct amount of postage and is deposited that same day, in the ordinary course of
11        business, in a United States mailbox in the City of Sacramento, California.

12   ☐   **(by personal delivery)** by personally delivering a true copy thereof to the person(s) and
         at the address(es) set forth below:

13   ☐   **(by overnight delivery)** on the following party(ies) in said action by placing a true
         copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a
14        designated area for outgoing overnight mail, addressed as set forth below.  In the
         ordinary course of business at McDonough Holland & Allen PC, mail placed in that
15        designated area is picked up that same day for delivery the following business day.

16   ☒   **(by facsimile)** by transmitting a true copy thereof to the persons at the following
         telecopier numbers and obtaining electronic confirmation that the transmissions have
17        been received:

18

19  Todd M. Schneider                          Counsel for Plaintiffs
    Joshua Konecky
20  W.H. "Hank" Willson
    SCHNEIDER & WALLACE
21  180 Montgomery Street, Suite 2000
    San Francisco, CA  94104
22  Telephone: (415) 421-7100
    Facsimile:  **(415) 421-7105**
23
    **_Courtesy Copies without Exhibits to:_**            Co-counsel for Plaintiffs
24
    Linda Ross
25  LAW OFFICE OF LINDA ROSS
    2204 Union Street
26  San Francisco, CA  94123
    Telephone: (415) 563-2400
27  Facsimile:  **(415) 931-9981**

28

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

**PROOF OF SERVICE OF STANDING ORDERS**                    1025558v1 09504/0502
**FOR CIVIL CASES ASSIGNED TO THE HON. MAXINE M. CHESNEY**    C073406-MMC

1    Scott Kalkin
     ROBOOSTOFF & KALKIN, PLC
2    369 Pine Street, Suite 610
     San Francisco, CA 94104
3    Telephone: (415) 732-0282
     Facsimile: **(415) 732-0287**

4

5          I declare under penalty of perjury under the laws of the United States of America that the
     foregoing is true and correct.

6

           Executed on July 10, 2007, at Sacramento, California.

7

8                                              _Renee Young_
                                        RENEE YOUNG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

                                    3

PROOF OF SERVICE OF STANDING ORDERS                    1025558v1 09504/0502
FOR CIVIL CASES ASSIGNED TO THE HON. MAXINE M. CHESNEY    C073406-MMC