```
 1  TODD M. SCHNEIDER (State Bar #158253)
    JOSHUA KONECKY (State Bar #182897)
 2  W.H. "HANK" WILLSON (State Bar #233321)
    SCHNEIDER & WALLACE
 3  180 Montgomery Street, Suite 2000
 4  San Francisco, California 94104
    Tel: (415) 421-7100
 5  Fax: (415) 421-7105
    TTY: (415) 421-1665
 6

 7  LINDA ROSS (State Bar #85563)
    LAW OFFICE OF LINDA ROSS
 8  2204 Union Street
    San Francisco, California 94123
 9  Tel: (415) 563-2400

10
    SCOTT KALKIN (State Bar #120791)
11  ROBOOSTOFF & KALKIN, PLC
    369 Pine Street, Suite 610
12  San Francisco, California 94104
13  Tel: (415) 732-0282
    Fax: (415) 732-0287
14

15  Attorneys for Plaintiff

16
                         UNITED STATES DISTRICT COURT
17
                        NORTHERN DISTRICT OF CALIFORNIA
18
```

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER HEALTH, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. *C-07-3406 MMC*<br><br>**PROOF OF SERVICE** |

SCHNEIDER
& WALLACE

PROOF OF SERVICE
*Campbell et al. v. Sutter Health, Case No.: C-07-3406 MMC*

**PROOF OF SERVICE**

Campbell et al. v. Sutter Health, Case No.: C-07-3406 MMC

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action. My business address is 180 Montgomery Street, Suite 2000, San Francisco, CA 94104.

On July 16, 2007, I served the following:

1. **CASE MANAGEMENT CONFERENCE ORDER**
2. **STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

**BY FAX**: I caused such document to be transmitted by facsimile to the persons and facsimile machine numbers listed below. The fax number of the sending facsimile machine was 415-421-7105. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

**BY U.S. MAIL:** I served the said documents on the interested parties by placing true copies thereof enclosed in sealed envelopes and /or packages, and deposited in the mail with the postage thereon fully prepaid addressed as follows:

Richard E. Brandt
Marcia L. Augsburger
John C. J. Barnes
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814-4692
Facsimile: (916) 444-8334

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on July 16, 2007, at San Francisco, California.

Cathy Vittoria