# EXHIBIT A

# SCHNEIDER & WALLACE
### ATTORNEYS AT LAW

Todd M. Schneider
Guy B. Wallace
Carolyn H. Cottrell
Clint J. Brayton
Joshua Konecky

W.H. Willson, IV
Camilla L. Roberson
Lindy J. Morrison
Patrick J. Suter
Brian H. Chun
Rachel E. Brill
Nancy Park

Paula Hagan Bennett, of Counsel
Cael Davis, of Counsel

July 12, 2007

*Via U.S. Mail and Facsimile (916-444-8989)*

Marcia L. Augsburger
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, California 95814

Re:   *Campbell, et al. v. Sutter Health, et al.*

Dear Marcia:

I write in regards to Defendants' removal of this case to federal court and subsequent Motion to Dismiss or Transfer Venue. We believe that Defendants' removal was frivolous and will be moving to remand and for sanctions under Fed.R.Civ.P. 11. We will address the issue of sanctions in a separate letter.

In the meantime, I write to seek Defendants' stipulation to postpone the hearing on Defendants' Motion to Dismiss or Transfer Venue, in light of Plaintiff's impending Motion to Remand. Currently, Plaintiff's Opposition to Defendants' Motion to Dismiss or Transfer Venue is due July 20, 2007, but she plans to file her Motion to Remand on July 27, 2007. Obviously, if the Court were to grant the Motion to Remand for lack of jurisdiction, the Motion to Dismiss or Transfer Venue would be rendered moot (and improper); thus, it only makes sense to continue the hearing and briefing schedule on the Motion to Dismiss or Transfer Venue so as to address the remand issue first.

Pursuant to Local Rule 7-7(a), Defendants "may file a notice continuing the originally noticed hearing date for that motion to a later date" if Defendants do so before the deadline for Plaintiff's Opposition. We would propose that the hearing on Defendant's Motion to Dismiss or Transfer Venue be continued until October 26, 2007, to allow sufficient time for Plaintiff's Motion to Remand to be heard and ruled upon by Judge Chesney.

Alternatively, pursuant to Judge Chesney's standing order, the parties may continue hearings by stipulation and with good cause shown. If Defendants refuse to either file a notice moving the hearing date or stipulate to continuing the hearing date on the Motion to Dismiss or Transfer Venue, we will be forced to make an administrative motion to the Court to continue the hearing on Defendants' Motion to Dismiss or Transfer Venue, and seek sanctions for being forced to bring such an administrative motion. Because we have a limited time in which to make such an administrative

Marcia Augsburger
Re: *Campbell v. Sutter Health*
July 12, 2007
Page 2

motion, please let us know by noon tomorrow, July 13, 2007, if Defendants would be willing to continue the hearing on their Motion to Dismiss or Transfer Venue. Enclosed with this letter is a proposed Stipulation, should Defendant choose not to file a notice pursuant to Local Rule 7-7(a).

       I look forward to hearing from you.

                        Very truly yours,

                        SCHNEIDER & WALLACE

                        HANK WILLSON
                        Attorney at Law

Encl.
cc:    Linda Ross (via facsimile)
       Scott Kalkin (via facsimile)

TODD M. SCHNEIDER (SBN 158253)
JOSHUA KONECKY (SBN 182897)
W.H. "HANK" WILLSON (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

LINDA ROSS (SBN 85563)
LAW OFFICE OF LINDA ROSS
2204 Union Street
San Francisco, California 94123
Tel: (415) 563-2400

SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN, PLC
369 Pine Street, Suite 610
San Francisco, California 94104
Tel: (415) 732-0282
Fax: (415) 732-0287

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MEMORIAL HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive,<br><br>Defendants. | Case No. 3:07-cv-03406-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE** |

SCHNEIDER & WALLACE

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC
1

## STIPULATION

Whereas, Defendants filed their Notice of Removal on June 28, 2007;

Whereas, Defendants filed a Motion to Dismiss or Transfer Venue on July 5, 2007, to be heard on August 10, 2007;

Whereas, Plaintiff intends to file a Motion to Remand;

Whereas, Plaintiff's Opposition to Defendants' Motion to Dismiss or Transfer Venue is currently due July 20, 2007, which is before her Motion to Remand will be filed;

Whereas, should this Court grant Plaintiff's Motion to Remand, Defendants' Motion to Dismiss or Transfer Venue will be rendered moot;

Whereas, requiring the parties to brief, and this Court to consider, a Motion that might be rendered moot is a waste of the time and resources of the parties and this Court; and

Whereas, continuing the hearing on Defendants' Motion to Dismiss or Transfer Venue in order for the Motion to Remand to be heard first will not result in unreasonable delay of the hearing on the Motion to Dismiss or Transfer Venue should the Court deny Plaintiff's Motion to Remand;

The parties STIPULATE as follows:

1. Plaintiff will file a Motion to Remand for hearing on August 31, 2007 or such later date as the Court is available;

2. The hearing on Defendants' Motion to Dismiss or Transfer Venue will be continued from August 10, 2007 until October 26, 2007 at 9:00 am, or such later date as the Court is available.

IT IS SO STIPULATED.

Date: July 12, 2007

SCHNEIDER & WALLACE
LAW OFFICE OF LINDA ROSS
ROBOOSTOFF & KALKIN, PLC

_____
Hank Willson
Counsel for Plaintiff

SCHNEIDER & WALLACE

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC
2

1  Date: _____                              McDONOUGH HOLLAND & ALLEN PC
2
3
4                                                  _____
                                                    Marcia Augsburger
5                                                   Counsel for Defendants

## ORDER

In light of the Stipulation of the parties, and for good cause shown, the Court hereby makes the following ORDER:

The hearing on Defendants' Motion to Dismiss or Transfer Venue will be continued from August 10, 2007 until October 26, 2007 at 9:00 am, and the briefing schedule on that Motion will be continued accordingly, pursuant to Local Rule 7-3.

Date: _____

_____
The Hon. Maxine Chesney

SCHNEIDER & WALLACE

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC
4