# EXHIBIT B



**McDonough Holland & Allen PC**
Attorneys at Law

Elizabeth O'Neill
Attorney at Law

Sacramento Office
916.444.3900 tel
916.444.8989 fax
eoneill@mhalaw.com

July 13, 2007

*Via Facsimile and U.S. Mail*

W.H. "Hank" Willson
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104

Re:  Melinda Campbell, et al. v. Sutter Health
     Northern District Court Case #07-03406 MMC

Dear Hank:

This is in response to your letters of July 12, 2007.

Sutter Health and the affiliated hospitals did not frivolously remove to federal court, so they will not now withdraw their petition on the grounds that it is frivolous. It is entirely appropriate for a federal court to decide a federal question; whether Ms. Campbell's (and those she purports to represent in the putative class) discharge in bankruptcy extinguished Memorial Hospital's lien is such a question.

We disagree that it makes sense to postpone the hearing on a motion Defendants have on file so that a motion Plaintiff has yet to file can first be heard. Because we expect the Court to deny a motion to remand, we obviously disagree that Defendants' Motion to Dismiss or Transfer will be rendered moot. We believe that the appropriate forum is the Eastern District; if Judge Chesney agrees, then it is appropriate for a judge in the Eastern District to hear Plaintiff's motion to remand. If she disagrees, Plaintiff's motion can be heard next in order without any prejudice to Plaintiff. Accordingly, we decline your request to stipulate to postponing the hearing on Defendants' Motion to Dismiss or Transfer.

1027152v2 09504/0502



**McDonough Holland & Allen PC**
Attorneys at Law

As to the specifics of your arguments regarding federal jurisdiction and Defendants' motives for removing to federal court, we will address these when they are presented formally, and more civilly we hope, in a motion to the Court.

Very truly yours,

Elizabeth O'Neill

EMO:cer

cc: Linda Ross (via facsimile)
Scott Kalkin (via Facsimile)

1027152v2 09504/0502