TODD M. SCHNEIDER (SBN 158253)
JOSHUA KONECKY (SBN 182897)
W.H. "HANK" WILLSON (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

| | |
|---|---|
| LINDA ROSS (SBN 85563) | SCOTT KALKIN (SBN 120791) |
| LAW OFFICE OF LINDA ROSS | ROBOOSTOFF & KALKIN, PLC |
| 2204 Union Street | 369 Pine Street, Suite 610 |
| San Francisco, California 94123 | San Francisco, California 94104 |
| Tel: (415) 563-2400 | Tel: (415) 732-0282 |
| | Fax: (415) 732-0287 |

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MEMORIAL HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive,<br><br>Defendants. | Case No. 3:07-cv-03406-MMC<br><br>**[proposed] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE** |

SCHNEIDER & WALLACE

[PROPOSED] ORDER GRANTING P'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DS' MOTION TO DISMISS OR TRANSFER VENUE
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC

**ORDER**

Pursuant to ¶6 of this Court's Standing Order and Local Rule 7-11, Plaintiff moved for an Order of this Court continuing until October 26, 2007 (or such later date as the Court is available) the hearing on Defendants' Motion to Dismiss or Transfer Venue—and continuing the briefing schedule accordingly pursuant to Local Rule 7-3—in light of Plaintiff's intention to bring a Motion to Remand for hearing on August 31, 2007.

In light of Plaintiff's Administrative Motion, this Court makes the following ORDER:

The hearing on Defendants' Motion to Dismiss or Transfer Venue is hereby CONTINUED from August 10, 2007 until October 26, 2007 at 9:00 am, and the briefing schedule on that Motion is continued accordingly, pursuant to Local Rule 7-3.

IT IS SO ORDERED.

Date: _____    _____
                                The Hon. Maxine Chesney

SCHNEIDER & WALLACE

[PROPOSED] ORDER GRANTING P'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DS' MOTION TO DISMISS OR TRANSFER VENUE
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

S<small>CHNEIDER</small>
& W<small>ALLACE</small>

[PROPOSED] O<small>RDER</small> G<small>RANTING</small> P'<small>S</small> A<small>DMINISTRATIVE</small> motion to C<small>ONTINUE</small> H<small>EARING ON</small> D<small>S</small>' M<small>OTION TO</small> D<small>ISMISS OR</small> T<small>RANSFER</small> V<small>ENUE</small>
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC
1