1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (dbrandt@mhalaw.com) (44893)
   MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
3  ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
   JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
4  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
5  Phone: 916.444.3900
   Fax:     916.444.8989
6
   Attorneys for Sutter Health and All Affiliated Hospitals
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | MELINDA CAMPBELL, on her own behalf,           ) | CASE NO.  C 07-03406 MMC
   | and on behalf of all others similarly situated, )
11 |                                                )
   |                   Plaintiff(s),                ) | **DECLARATION OF ELIZABETH**
12 |                                                ) | **O'NEILL IN SUPPORT OF**
   |        v.                                      ) | **DEFENDANTS' OPPOSITION TO**
13 |                                                ) | **PLAINTIFFS' ADMINISTRATIVE**
   | SUTTER HEALTH, ALTA BATES MEDICAL )             | **MOTION TO CONTINUE HEARING**
14 | CENTER, CALIFORNIA PACIFIC MEDICAL )            | **ON DEFENDANTS' MOTION TO**
   | CENTER, EDEN MEDICAL CENTER,                   ) | **DISMISS OR TRANSFER VENUE**
15 | MARIN GENERAL HOSPITAL, MEMORIAL )
   | HOSPITAL LOS BANOS, MEMORIAL                   )
16 | HOSPITALS ASSN., MILLS-PENINSULA               )
   | MEDICAL CENTER, NOVATO                         )
17 | COMMUNITY HOSPITAL, ST. LUKE'S                 )
   | HOSPITAL, SUTTER AMADOR HOSPITAL, )
18 | SUTTER AUBURN FAITH HOSPITAL,                  )
   | SUTTER CENTER FOR PSYCHIATRY,                  )
19 | SUTTER COAST HOSPITAL, SUTTER                  )
   | DAVIS HOSPITAL, SUTTER DELTA                   )
20 | MEDICAL CENTER, SUTTER GENERAL                 )
   | HOSPITAL, SUTTER LAKESIDE HOSPITAL,)
21 | SUTTER MATERNITY AND SURGERY                   )
   | CENTER OF SANTA CRUZ, SUTTER                   )
22 | MEMORIAL HOSPITAL, SUTTER MEDICAL)
   | CENTER OF SANTA ROSA, SUTTER                   )
23 | ROSEVILLE MEDICAL CENTER, SUTTER )
   | SOLANO MEDICAL CENTER, SUTTER                  )
24 | TRACY COMMUNITY HOSPITAL, and                  )
   | DOES 24 and 25, inclusive,                     )
25 |                                                )
   |                   Defendants.                  )
26

27        I, Elizabeth M. O'Neill declare as follows:

28        1.    I am an attorney at law, duly licensed to practice before all courts located in the State

                                            1

**Declaration of Elizabeth M. O'Neill in Support of Defendants' Opp to
Plaintiffs' Motion to Continue Hearing on Defendants' Motion to Dismiss or Transfer Venue**  1027692v4 09504/0502

of California and am an attorney of record for Defendants in the above-captioned case.

2. Attached as Exhibit A is a true and correct copy of a letter erroneously dated July 11, 2007 from Hank Willson to Marcia Augsburger. The letter was sent and received on July 12, 2007.

I declare under penalty of perjury that foregoing is true and correct.

Executed this 18th day of July 2007, at Sacramento, California.

                                         /s/
                                        ELIZABETH M. O'NEILL