McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
RICHARD E. BRANDT (dbrandt@mhalaw.com) (44893)
MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Sutter Health and All Affiliated Hospitals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated, ) ) ) Plaintiff(s), ) ) v. ) ) SUTTER HEALTH, ALTA BATES MEDICAL ) CENTER, CALIFORNIA PACIFIC MEDICAL ) CENTER, EDEN MEDICAL CENTER, ) MARIN GENERAL HOSPITAL, MEMORIAL ) HOSPITAL LOS BANOS, MEMORIAL ) HOSPITALS ASSN., MILLS-PENINSULA ) MEDICAL CENTER, NOVATO ) COMMUNITY HOSPITAL, ST. LUKE'S ) HOSPITAL, SUTTER AMADOR HOSPITAL, ) SUTTER AUBURN FAITH HOSPITAL, ) SUTTER CENTER FOR PSYCHIATRY, ) SUTTER COAST HOSPITAL, SUTTER ) DAVIS HOSPITAL, SUTTER DELTA ) MEDICAL CENTER, SUTTER GENERAL ) HOSPITAL, SUTTER LAKESIDE HOSPITAL,) SUTTER MATERNITY AND SURGERY ) CENTER OF SANTA CRUZ, SUTTER ) MEMORIAL HOSPITAL, SUTTER MEDICAL) CENTER OF SANTA ROSA, SUTTER ) ROSEVILLE MEDICAL CENTER, SUTTER ) SOLANO MEDICAL CENTER, SUTTER ) TRACY COMMUNITY HOSPITAL, and ) DOES 24 and 25, inclusive, ) ) Defendants. ) | CASE NO.  C 07-03406 MMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER** |

Plaintiffs Administrative Motion to Continue the Hearing on Defendants' Motion to Dismiss

For Lack of Venue or, in the Alternative, Transfer to the Eastern District came before the Honorable

1  Maxine M. Chesney in due order. Upon review of the file and arguments of counsel, and having
2  found no good cause for the continuance, Plaintiff's Motion to Continue the Hearing is denied.
3      It is so ordered.

4  Date: _____

5                                                         HON. MAXINE M. CHESNEY

MHA
McDonough Holland & Allen PC
Attorneys at Law

**[Proposed Order] Denying Plaintiffs' Admin Motion to Cont Hearing on Defendants' Motion to Dismiss or Transfer**

1028265v2 09504/0502