1  TODD M. SCHNEIDER (SBN 158253)
   JOSHUA KONECKY (SBN 182897)
2  W.H. "HANK" WILLSON (SBN 233321)
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, California 94104
4  Tel: (415) 421-7100
   Fax: (415) 421-7105
5  TTY: (415) 421-1665

6  LINDA ROSS (SBN 85563)                  SCOTT KALKIN (SBN 120791)
   LAW OFFICE OF LINDA ROSS                ROBOOSTOFF & KALKIN, PLC
7  2204 Union Street                       369 Pine Street, Suite 610
   San Francisco, California 94123         San Francisco, California 94104
8  Tel: (415) 563-2400                     Tel: (415) 732-0282
                                           Fax: (415) 732-0287
9  Attorneys for Plaintiff and the Proposed Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated, | Case No. 3:07-cv-03406-MMC |
| Plaintiffs, | **DECLARATION OF HANK WILLSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE** |
| vs. | |
| SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MEMORIAL HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive, | Date: August 10, 2007<br>Time: 9:00 am<br>Courtroom: 7<br>Judge: The Hon. Maxine M. Chesney |
| Defendants. | |

SCHNEIDER & WALLACE

DECLARATION OF HANK WILLSON IN SUPPORT OF P'S OPPOSITION TO DS' MOTION TO DISMISS OR TRANSFER VENUE
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC

I, Hank Willson, declare as follows:

1.  I am counsel of record in the above-captioned case and an attorney duly licensed to practice law in the State of California.

2.  Plaintiff initially filed this action on July 8, 2005, against Defendant Sutter Health, alleging exclusively state-law causes of action: violations of California's Consumers Legal Remedies Act, California Civil Code §§1750, *et seq.*, unjust enrichment, conversion and trespass to chattels, fraud and negligent misrepresentation, and unfair and unlawful business practices in violation of California Business and Professions Code §§17200, *et seq* ("UCL").  After two Sutter Health demurrers, the state court upheld Plaintiff's state-law malicious prosecution claim, and her claim under California's UCL.  *See* Order of April 18, 2006, attached as part of Exhibit C to Defendants' Notice of Removal at tab 44.

3.  On July 26, 2006, Plaintiff propounded discovery seeking documents and information regarding the liens at issue, including copies of the liens themselves and policy documents governing the assertion and pursuit of liens.  Plaintiff also noticed the deposition of Sutter Health's person most knowledgeable regarding the liens at issue.

4.  After requesting and receiving a lengthy extension of time to respond, Sutter Health then refused to produce any documents or any corporate designee to testify regarding the topics in this case.  Sutter Health took the position—ultimately indulged by the Superior Court—that it would need to seek the documents directly from its hospital affiliates.  *See* Order of November 3, 2006 at 2:10-12, attached hereto as Exhibit A.

5.  After Plaintiff served the subpoenas directly on the hospital affiliates, Sutter Health's counsel announced that it would be representing all of the hospital affiliates.  *See* Defendants' Case Management Statement, filed April 9, 2007, at 3:22-23, attached as part of Exhibit C to Defendants' Notice of Removal at tab 62.  Defendants' counsel then asked for another lengthy extension until March 21, 2007 to respond to the subpoenas.  After Plaintiff's counsel agreed to the extension, the hospitals served on Plaintiff's counsel 23 sets of nearly identical boilerplate objections, and have, to date, produced records relating to only *four* liens (though it is undisputed that there are many more liens implicated by Plaintiff's definition of the class).

SCHNEIDER & WALLACE

DECLARATION OF HANK WILLSON IN SUPPORT OF P'S OPPOSITION TO DS' MOTION TO DISMISS OR TRANSFER VENUE
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC
1

6. In light of Sutter Health's insistence that its hospitals were the entities asserting the liens at issue, and in light of the information gleaned from the deposition of Sutter Health's designee, Plaintiff sought and received leave from the Superior Court to amend her complaint to add Sutter Health's 23 hospital affiliates as Defendants. *See* Order of June 12, 2007 at 2:2-3:23. The amended complaint did not add any new causes of action, allege any federal claims, or change the underlying theories of liability in any way, other than to allege that all Defendants were liable for aiding and abetting the violations of state law alleged in the original complaint. Only after this amended complaint was filed, and on June 28, 2007, the very day before they were required by the Superior Court to produce substantial discovery, did Defendants remove this action to federal court.

7. Attached hereto as Exhibits B and C are letters from Marcia Augsburger to Hank Willson of April 2 and 13, 2007, respectively.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed this 20th day of July, 2007, in San Francisco, California.

                                        /s/

                                        Hank Willson

SCHNEIDER & WALLACE

DECLARATION OF HANK WILLSON IN SUPPORT OF P'S OPPOSITION TO DS' MOTION TO DISMISS OR TRANSFER VENUE
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC
2