1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (dbrandt@mhalaw.com) (44893)
   MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
3  ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
   JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
4  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
5  Phone: 916.444.3900
   Fax:    916.444.8989
6
   Attorneys for Sutter Health and All Affiliated Hospitals
7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 MELINDA CAMPBELL, on her own behalf,   )   CASE NO.  C 07-03406 MMC
   and on behalf of all others similarly situated, )
12                                        )
                    Plaintiff(s),         )   **[PROPOSED] ORDER GRANTING**
13                                        )   **MOTION TO DISMISS OR**
         v.                               )   **TRANSFER FOR IMPROPER**
14                                        )   **VENUE; OR IN ALTERNATIVE TO**
   SUTTER HEALTH, ALTA BATES MEDICAL      )   **TRANSFER FOR CONVENIENCE**
15 CENTER, CALIFORNIA PACIFIC MEDICAL     )   **[Rule 12(b)(3); 28 U.S.C. §§ 1404(a),**
   CENTER, EDEN MEDICAL CENTER,           )   **1406(a)]**
16 MARIN GENERAL HOSPITAL, MEMORIAL       )
   HOSPITAL LOS BANOS, MEMORIAL           )
17 HOSPITALS ASSN., MILLS-PENINSULA       )   **Date:  August 10, 2007**
   MEDICAL CENTER, NOVATO                 )   **Time:  9:00 a.m.**
18 COMMUNITY HOSPITAL, ST. LUKE'S         )   **Place: Courtroom 7, 19th Floor**
   HOSPITAL, SUTTER AMADOR HOSPITAL,      )   **Judge: Honorable Maxine M. Chesney**
19 SUTTER AUBURN FAITH HOSPITAL,          )
   SUTTER CENTER FOR PSYCHIATRY,          )
20 SUTTER COAST HOSPITAL, SUTTER          )
   DAVIS HOSPITAL, SUTTER DELTA           )
21 MEDICAL CENTER, SUTTER GENERAL         )
   HOSPITAL, SUTTER LAKESIDE HOSPITAL,    )
22 SUTTER MATERNITY AND SURGERY           )
   CENTER OF SANTA CRUZ, SUTTER           )
23 MEMORIAL HOSPITAL, SUTTER MEDICAL      )
   CENTER OF SANTA ROSA, SUTTER           )
24 ROSEVILLE MEDICAL CENTER, SUTTER       )
   SOLANO MEDICAL CENTER, SUTTER          )
25 TRACY COMMUNITY HOSPITAL, and          )
   DOES 24 and 25, inclusive,             )
26                                        )
                    Defendants.           )
27

28 ///

1

**[Proposed] Order Granting Motion to Dismiss or Transfer**                             1028

1    The above-entitled matter came on for hearing on August 10, 2007, before the Honorable
2 Maxine M. Chesney based on Defendants' Motion to Dismiss or Transfer Venue.

3    Based upon a review of the file and arguments of counsel, it is hereby ORDERED:

4    Venue is not proper in the Northern District because the activity alleged to be wrongful
5 occurred in the Eastern District and the documentary evidence relating thereto is maintained in the
6 Eastern District. In addition, twelve of the Defendants reside in the Eastern District and many of the
7 witnesses to the issues involved in the matter can be found in the Eastern District. The action could
8 have been brought in the Eastern District because twelve of the Defendants reside there and Federal
9 jurisdiction is not based on diversity and the events or omissions giving rise to the claim occurred in
10 the Eastern District. Accordingly,

11    _____ The case is hereby dismissed.

12    _____ This case is hereby transferred to the United States District Court
13        for the Eastern District of California.

15 DATED: _____

16                                       HON. MAXINE M. CHESNEY
                                         JUDGE OF THE U.S. DISTRICT COURT



2

**[Proposed] Order Granting Motion to Dismiss or Transfer**

1028