1  TODD M. SCHNEIDER (SBN 158253)
   JOSHUA KONECKY (SBN 182897)
2  W.H. "HANK" WILLSON (SBN 233321)
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, California 94104
4  Tel: (415) 421-7100
   Fax: (415) 421-7105
5  TTY: (415) 421-1665

6  LINDA ROSS (SBN 85563)                    SCOTT KALKIN (SBN 120791)
   LAW OFFICE OF LINDA ROSS                  ROBOOSTOFF & KALKIN, PLC
7  2204 Union Street                         369 Pine Street, Suite 610
   San Francisco, California 94123           San Francisco, California 94104
8  Tel: (415) 563-2400                       Tel: (415) 732-0282
                                             Fax: (415) 732-0287
9  Attorneys for Plaintiff and the Proposed Class

10                      **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12 | MELINDA CAMPBELL, on her own behalf, | Case No. 3:07-cv-03406-MMC
   | and on behalf of all others similarly situated, |
13 |                                       | **ORDER GRANTING PLAINTIFF'S**
   | Plaintiffs,                           | **ADMINISTRATIVE MOTION RE:**
14 |                                       | **HEARING ON DEFENDANTS' MOTION**
   | vs.                                   | **TO DISMISS OR TRANSFER VENUE;**
15 | SUTTER HEALTH, ALTA BATES MEDICAL     | **VACATING AUGUST 10, 2007 HEARING**
   | CENTER, CALIFORNIA PACIFIC MEDICAL
16 | CENTER, EDEN MEDICAL CENTER,
   | MARIN GENERAL HOSPITAL, MEMORIAL
17 | HOSPITAL LOS BANOS, MEMORIAL
   | HOSPITALS ASSN., MILLS-PENINSULA
18 | MEDICAL CENTER, NOVATO
   | COMMUNITY HOSPITAL, ST. LUKE'S
19 | HOSPITAL, SUTTER AMADOR HOSPITAL,
   | SUTTER AUBURN FAITH HOSPITAL,
20 | SUTTER CENTER FOR PSYCHIATRY,
   | SUTTER COAST HOSPITAL, SUTTER
21 | DAVIS HOSPITAL, SUTTER DELTA
   | MEDICAL CENTER, SUTTER GENERAL
22 | HOSPITAL, SUTTER LAKESIDE
   | HOSPITAL, SUTTER MATERNITY AND
23 | SURGERY CENTER OF SANTA CRUZ,
   | SUTTER MEMORIAL HOSPITAL, SUTTER
24 | MEDICAL CENTER OF SANTA ROSA,
   | SUTTER ROSEVILLE MEDICAL CENTER,
25 | SUTTER SOLANO MEDICAL CENTER,
   | SUTTER TRACY COMMUNITY HOSPITAL,
26 | and DOES 24 and 25, inclusive,

27 | Defendants.

28

**SCHNEIDER**       [PROPOSED] ORDER GRANTING P'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DS' MOTION TO DISMISS OR TRANSFER VENUE
**& WALLACE**                       *Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC

**ORDER**

Pursuant to ¶6 of this Court's Standing Order and Local Rule 7-11, Plaintiff moved for an Order of this Court continuing until October 26, 2007 (or such later date as the Court is available) the hearing on Defendants' Motion to Dismiss or Transfer Venue—and continuing the briefing schedule accordingly pursuant to Local Rule 7-3—in light of Plaintiff's intention to bring a Motion to Remand for hearing on August 31, 2007.

In light of Plaintiff's Administrative Motion, this Court makes the following ORDER:

The August 10, 2007 hearing on Defendants' Motion to Dismiss or Transfer Venue is hereby VACATED, and will be reset, if necessary, after the Court has ruled on plaintiff's motion to remand.

IT IS SO ORDERED.

Date: July 31, 2007

_____
United States District Judge

Schneider & Wallace

[PROPOSED] ORDER GRANTING P'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DS' MOTION TO DISMISS OR TRANSFER VENUE
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC
1