1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (dbrandt@mhalaw.com) (44893)
   MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
3  ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
   JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
4  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
5  Phone: 916.444.3900
   Fax:    916.444.8989
6
   Attorneys for Sutter Health and All Affiliated Hospitals
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated, | CASE NO.  C 07-03406 MMC |
| 12 | |
| 13              Plaintiff(s), | DECLARATION OF ELIZABETH M. O'NEILL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND FOR ATTORNEYS FEES AND COSTS |
| 14       v. | |
| 15  SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, | |
| 16  MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MEMORIAL | Date:  August 31, 2007 Time:  9:00 a.m. |
| 17  HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO | Place:  Courtroom 7, 19th Floor Judge:  Honorable Maxine M. Chesney |
| 18  COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, | |
| 19  SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, | |
| 20  SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA | |
| 21  MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, | |
| 22  SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER | |
| 23  MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER | |
| 24  ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER | |
| 25  TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive, | |
| 26 | |
| 27              Defendants. | |

28  ///

MHA
McDonough Holland & Allen PC
Attorneys at Law

1

Declaration of Elizabeth M. O'Neill in Support of Defendants'
Opposition to Plaintiff's Motion to Remand and for Attorneys Fees and Costs

1033553v1 09504/0502

1  I, Elizabeth M. O'Neill, declare:

2  1.  I am an attorney at law, duly licensed to practice before all courts located in the State
3  of California and am an attorney of record for Defendants in the above-captioned case.

4  2.  Shortly after receiving a copy of Plaintiff's Second Amended Complaint, I called
5  Plaintiff's counsel, Hank Willson, and informed him that our office would accept service on behalf
6  of the twenty-three affiliated hospitals that were newly named in the Second Amended Complaint.

7  I declare under penalty of perjury, under the laws of the State of California, that the
8  foregoing is true and correct.

9  Executed this 10th day of August 2007, at Sacramento, California.

_____
ELIZABETH M. O'NEILL

MHA
McDonough Holland & Allen PC
Attorneys at Law

2

Declaration of Elizabeth M. O'Neill in Support of Defendants'
Opposition to Plaintiff's Motion to Remand and for Attorneys Fees and Costs

1033553v1 09504/0502