1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  RICHARD E. BRANDT (dbrandt@mhalaw.com) (44893)
   MARCIA L. AUGSBURGER, (maugsburger@mhalaw.com) (145686)
3  ELIZABETH M. O'NEILL, (eoneill@mhalaw.com) (166882)
   JOHN C.J. BARNES, (jbarnes@mhalaw.com) (216694)
4  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
5  Phone: 916.444.3900
   Fax:    916.444.8989
6
   Attorneys for Sutter Health and All Affiliated Hospitals
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 MELINDA CAMPBELL, on her own behalf,      )   CASE NO.  C 07-03406 MMC
   and on behalf of all others similarly situated,  )
12                                            )
                              Plaintiff(s),   )   **[PROPOSED] ORDER DENYING**
13                                            )   **PLAINTIFF'S MOTION TO REMAND**
                                              )   **AND FOR ATTORNEYS FEES AND**
14            v.                              )   **COSTS**
                                              )
15 SUTTER HEALTH, ALTA BATES MEDICAL )
   CENTER, CALIFORNIA PACIFIC MEDICAL )         **Date:  August 31, 2007**
16 CENTER, EDEN MEDICAL CENTER,           )      **Time: 9:00 a.m.**
   MARIN GENERAL HOSPITAL, MEMORIAL )         **Place: Courtroom 7, 19th Floor**
17 HOSPITAL LOS BANOS, MEMORIAL       )         **Judge:  Honorable Maxine M. Chesney**
   HOSPITALS ASSN., MILLS-PENINSULA     )
18 MEDICAL CENTER, NOVATO               )
   COMMUNITY HOSPITAL, ST. LUKE'S       )
19 HOSPITAL, SUTTER AMADOR HOSPITAL,  )
   SUTTER AUBURN FAITH HOSPITAL,        )
20 SUTTER CENTER FOR PSYCHIATRY,       )
   SUTTER COAST HOSPITAL, SUTTER        )
21 DAVIS HOSPITAL, SUTTER DELTA          )
   MEDICAL CENTER, SUTTER GENERAL      )
22 HOSPITAL, SUTTER LAKESIDE HOSPITAL,)
   SUTTER MATERNITY AND SURGERY        )
23 CENTER OF SANTA CRUZ, SUTTER        )
   MEMORIAL HOSPITAL, SUTTER MEDICAL)
24 CENTER OF SANTA ROSA, SUTTER        )
   ROSEVILLE MEDICAL CENTER, SUTTER   )
25 SOLANO MEDICAL CENTER, SUTTER       )
   TRACY COMMUNITY HOSPITAL, and       )
26 DOES 24 and 25, inclusive,              )
                                              )
27                           Defendants.      )
   _____

28 ///

MHA
McDonough Holland & Allen PC
Attorneys at Law

                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The above-entitled matter came on for hearing on August 31, 2007, before the Honorable Maxine M. Chesney based on Plaintiff's Motion to Remand and for Attorneys Fees and Costs.

Based upon a review of the file and arguments of counsel, it is hereby ORDERED:

This Court has subject matter jurisdiction under 28 U.S.C. section 1331 because the interpretation of a federal statute is an essential element of Plaintiff's causes of action. In addition, this Court has an arising – under jurisdiction under 28 U.S.C. section 1334(b) because all Plaintiff's claims are premised on a substantive right existing solely under the Bankruptcy Code.

Pursuant to *Bonner v. Fuji Photo Film*, 461 F. Supp. 2d 112, 117 (N.D. Cal. 2006) Defendants timely removed this action.

Accordingly, Plaintiff's Motion to Remand and Request for Attorneys Fees and Costs is hereby DENIED.

DATED: _____          _____
                                        HON. MAXINE M. CHESNEY
                                        JUDGE OF THE U.S. DISTRICT COURT

**[Proposed] Order Denying Plaintiff's Motion to Remand and for Attorneys Fees and Costs**

1033519v1 09504/0502