TODD M. SCHNEIDER (SBN 158253)
JOSHUA KONECKY (SBN 182897)
W.H. "HANK" WILLSON (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

LINDA ROSS (SBN 85563)
LAW OFFICE OF LINDA ROSS
2204 Union Street
San Francisco, California 94123
Tel: (415) 563-2400

SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN, PLC
369 Pine Street, Suite 610
San Francisco, California 94104
Tel: (415) 732-0282
Fax: (415) 732-0287

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER HEALTH, ALTA BATES MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MEMORIAL HOSPITAL LOS BANOS, MEMORIAL HOSPITALS ASSN., MILLS-PENINSULA MEDICAL CENTER, NOVATO COMMUNITY HOSPITAL, ST. LUKE'S HOSPITAL, SUTTER AMADOR HOSPITAL, SUTTER AUBURN FAITH HOSPITAL, SUTTER CENTER FOR PSYCHIATRY, SUTTER COAST HOSPITAL, SUTTER DAVIS HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER GENERAL HOSPITAL, SUTTER LAKESIDE HOSPITAL, SUTTER MATERNITY AND SURGERY CENTER OF SANTA CRUZ, SUTTER MEMORIAL HOSPITAL, SUTTER MEDICAL CENTER OF SANTA ROSA, SUTTER ROSEVILLE MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, SUTTER TRACY COMMUNITY HOSPITAL, and DOES 24 and 25, inclusive,<br><br>Defendants. | Case No. 3:07-cv-03406-MMC<br><br>**DECLARATION OF JOSHUA KONECKY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND AND FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: August 31, 2007<br>Time: 9:00 am<br>Courtroom: 7<br>Judge: The Hon. Maxine M. Chesney |

---

SCHNEIDER & WALLACE

DECLARATION OF JOSHUA KONECKY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC

I, Joshua Konecky, declare as follows:

1. I am counsel of record in the above-captioned case and an attorney duly licensed to practice law in the State of California.

2. My previous declaration filed in conjunction with Plaintiff's Motion to Remand attested to the attorneys' fees and costs incurred as of July 27, 2007, in connection with Defendant's Removal Petition. At that time, the fees incurred, after reductions for billing judgment, totaled $23,414.50.

3. Since the filing of the Motion for Remand, Plaintiff's Counsel has incurred additional fees in connection with reviewing Defendants' Opposition to the Motion to Remand, analyzing the cases cited by Defendants, conducting further legal research, and preparing the Reply Brief. The following is a summary of the fees incurred by Plaintiff's counsel since my previous declaration:

| Person | Rate | Hours | Total |
| --- | --- | --- | --- |
| Joshua Konecky | $475 per hour | 7.7 | $3,657.50 |
| Hank Willson | $325 per hour | 14.8 | $4,810.00 |
| Totals | | 22.5 | $8,467.50 |

4. I would estimate that the firm will incur another $4,000 in attorneys' fees preparing and appearing for oral argument on this matter.

5. Accordingly, the total amount Plaintiff's counsel seek in attorneys' fees and costs in connection with Defendants' Petition for Removal is $35,882.00.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed this 17th Day of August, 2007, in San Francisco, California.

      /s/
Joshua Konecky

SCHNEIDER & WALLACE

DECLARATION OF JOSHUA KONECKY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND
*Campbell v. Sutter Health, et al.*, Case No. 3:07-cv-03406-MMC
1