IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CAMPBELL, on her own behalf, and on behalf of all others similarly situated, | No. CV-07-3406 MMC |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| SUTTER HEALTH, | |
| Defendants. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiff's motion is hereby GRANTED to the extent plaintiff seeks remand, and the above-titled action is REMANDED to the Superior Court of California in and for the County of Alameda.

2. Plaintiff's motion is hereby DENIED to the extent plaintiff seeks an award of fees and costs.

Dated: August 29, 2007                                    Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28