**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 30, 2007

Alameda County Superior Court
René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA, 94612

RE:  CV 07-03406 MMC    CAMPBELL-v-SUTTER HEALTH ET AL
      Your Case Number: (RG05221764)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    *[signature]*

                    by:  RUFINO C. SANTOS
                         Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg